IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATIGEO LLC, a Washington limited liability company; and MICHAEL SANDOVAL, an individual   Plaintiffs,

v.

OFFSHORE LIMITED D, a California business organization, form unknown; OFFSHORE LMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D; ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No. 2:13-cv-01694-JLR

**DEFENDANT OFFSHORE LIMITED D'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Defendant Offshore Limited D states that no such company has ever existed, and does not now exist, in any form.

DATED this 30th day of October, 2013.

BRAIN LAW FIRM PLLC

By: _____
Paul E. Brain, WSBA #13438
Counsel for Defendants Offshore Limited D and Demaratech LLC

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States of America and a resident of the State of Washington, am over the age of twenty-one years, am not a party to this action, and am competent to be a witness herein.

Pursuant to Fed. R. Civ. P. 5(b) and RCW 9A.72.085, I hereby certify that on the 30th day of October, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

*Counsel for Plaintiffs:*

Brian C. Park (bcpark@stoel.com, melissawood@stoel.com, sea_docket@stoel.com)
Hunter O. Ferguson (hoferguson@stoel.com, jawoolms@stoel.com, ldlomax@stoel.com, sea_docket@stoel.com)
Maren R Norton (mrnorton@stoel.com)

*Counsel for Defendant Montgomery:*

Shellie McGaughey (shellie@mcbdlaw.com, katie@mcbdlaw.com)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

[none]

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of October, 2013, at Tacoma, Washington.

Paul E. Brain, WSBA #13438
Brain Law Firm PLLC
1119 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Tel: 253-327-1019 / Fax: 253-327-1021
Email: pbrain@paulbrainlaw.com