The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ATIGEO LLC, a Washington limited liability company; and MICHAEL SANDOVAL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFSHORE LIMITED D, a California business organization, form unknown; OFFSHORE LMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D; ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendant. | NO. 2:13-cv-01694 <br><br> **MOTION TO DISMISS PLAINTIFFS' FIRST CLAIM PURSUANT TO FRCP 12(b)(6), AND SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND CLAIM PURSUANT TO CCP 425.16** <br><br> **NOTE ON MOTION CALENDAR:** <br> **November 22, 2013** |

### I.    MOTION

COME NOW Defendants Dennis Montgomery and Istvan Burgyan, by and through their undersigned attorney of record, Shellie McGaughey of McGaughey Bridges Dunlap, PLLC, and move this Court for an Order dismissing plaintiffs' first claim pursuant to FRCP 12(b)(6), and striking plaintiffs' second claim pursuant to California Code of Civil Procedure § 425.16.

**MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE -1-**

McGaughey Bridges Dunlap PLLC
325 – 118th Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

## II.   PROCEDURAL POSTURE/RELIEF REQUESTED

As the Court is aware, this matter was initially filed in the United States District Court for the Central District of California. Plaintiffs filed their complaint on July 15, 2013, alleging claims for violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), and libel. [California Docket #1] Complaint at pages 9-13.

On September 19, 2013, defendants' California counsel filed a Notice of Motion, Motion to Dismiss Plaintiffs' First Claim Pursuant to FRCP 12(b)(6), and Special Motion to Strike Plaintiffs' Second Claim Pursuant to CCP 425.16 including Declaration of counsel Dennis Neil Jones. [California Docket #22]

Also on September 19, 2013, California counsel filed a Declaration of James E. Perero in Support of Motion to Dismiss Plaintiffs' First Claim Pursuant to FRCP 12(b)(6), and Special Motion to Strike Plaintiffs' Second Claim Pursuant to CCP 425.16 with supporting exhibits. [California Docket #23]

However, on September 17, this case was transferred to the Western District of Washington pursuant to a Stipulation to Transfer and Order. [California Docket #20] Thereafter, the October 21, 2013 hearing date was stricken as moot. [California Docket #24]

The Stipulation provided for transfer of this case due to convenience of the parties, 28 U.S.C. § 1404(a), as defendants Dennis Montgomery and Istvan Burgyan both reside in Washington. Atigeo LLC is a Washington company Michael Sandoval is a Washington resident.

While Defendants' Special Motion to Strike is based upon California law, in cases transferred pursuant to 28 U.S.C. § 1404(a), the choice of law rules are that which would have

**MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE -2-**

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

been applied by the transferor court – here, California.  <u>Nelson v. International Paint Co.</u>, 716 F.2d 640, 643 (9th Cir. 1983).

    Defendants wish to re-note the motion filed in California for consideration by this Court.  As the motion and supporting declarations are not reflected on the docket for our court here in the Western District defendants re-submit the motions and declarations herewith and incorporate by this reference as necessary.

    DATED this 30TH day of October, 2013

                  McGAUGHEY BRIDGES DUNLAP, PLLC

                  */s/Shellie McGaughey*_____
                  Shellie McGaughey, WSBA #16809
                  Attorney for Defendant Burgyan
                  325 118th Avenue Southeast, Suite 209
                  Bellevue, WA 98005
                  (425) 462-4000
                  Fax: (425) 637-9638
                  E-mail: Shellie@mcbdlaw.com

**MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE -3-**



McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

## CERTIFICATE OF SERVICE

I certify that on Friday, September 27, 2013, I caused the foregoing to be served on the following by the methods indicated:

| | |
|---|---|
| Roland Tellis | ___ Via hand delivery by Legal Messenger |
| Peter Smith | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| BARON & BUDD, P.C. | ___ Via Overnight Delivery |
| 15910 Ventura Boulevard, Suite 1600 | ___ Via Facsimile |
| Encino, California, 91436 | ___ Via Email |
| | _X_ Other: Electronic Pacer |
| Brian C. Park | ___ Via hand delivery by Legal Messenger |
| STOEL RIVES LLP | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| 600 University Street, Suite 3600 | ___ Via Overnight Delivery |
| Seattle, WA 98101 | ___ Via Facsimile |
| | ___ Via Email |
| | _X_ Other: Electronic Pacer |
| Paul Brain | ___ Via hand delivery by Legal Messenger |
| Brain Law Firm PLLC | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| 1119 Pacific Avenue, Suite 1200 | ___ Via Overnight Delivery |
| Tacoma, WA 98402 | ___ Via Facsimile |
| | ___ Via Email |
| | _X_ Other: Electronic Pacer |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of October, 2013.

*/s/ Katie Berry*
Katie Berry

**MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE -4-**



McGaughey Bridges Dunlap PLLC
325 – 118TH Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile