The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ATIGEO LLC, a Washington limited liability company; and MICHAEL SANDOVAL, an individual,

        Plaintiffs,

vs.

OFFSHORE LIMITED D, a California business organization, form unknown; OFFSHORE LMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D; ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-10, inclusive,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 2:13-cv-01694

**DECLARATION OF DEFENDANT DENNIS MONTGOMERY IN SUPPORT OF MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**

I, Dennis Montgomery, declare:

    1.    I am over the age of 18 years and I am a defendant in this lawsuit. I am of legal age and competent to testify to the matters herein, and do so of my own personal knowledge.

**DECLARATION OF DEFENDANT DENNIS MONTGOMERY IN SUPPORT OF MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE - 1 -**



McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

2.     I make this declaration in support of my motion to dismiss and special motion to strike.

3.     On April 5, 2006, I was hired by Michael Sandoval to work for his startup, Opspring LLC ("Opspring"). As the Chief Technology Officer it was my responsibility to head the company's software development.

4.     I met Edra Blixseth through Michael Sandoval shortly before being hired at Opspring. Edra had invested approximately $20 million with Michael's startup companies, Xpatterns LLC ("Xpatterns"), Opspring and Atigeo, between December of 2005 and March of 2007. As explained to me by Edra, $8 million of this investment was made in order to shelter money prior to her divorce with her former husband, Tim Blixseth. Edra also informed me that just before filing for divorce in December of 2006, she demanded Michael provide her with financial statements as to the status of all of her investments. She wanted to ensure she had access to the capital after filing for divorce. Michael refused. To the best of my knowledge, Michael never produced financial statements of any kind showing the distribution of these funds.

6.     In March of 2007, Edra, Allen Annex (her attorney), and Mike Flynn (my attorney), met with Michael Sandoval and Andrew Boyd (CEO of Atigeo) in Los Angeles and confronted them as to the status of her investments. Flynn was there to protect my personal and financial interests stemming from my multimillion dollar employment contract with Opspring. It was at this meeting that Michael admitted to using Edra's money to purchase property in Kirkland, for him and his family's personal use, without her knowledge. I understand Michael and Edra subsequently entered into a Letter Agreement whereby Michael was to pay Edra

---

**DECLARATION OF DEFENDANT DENNIS MONTGOMERY IN SUPPORT OF MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE - 2 -**

McGaughey Bridges Dunlap pllc

325 – 118ᵀᴴ Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

approximately $8 million dollars over several years. To the best of my knowledge, this money was never repaid.

7.     I first learned of this meeting because Flynn and Edra called me shortly before and told me not to take Michael's phone calls. Subsequently, Edra called and informed me that Michael had misappropriated millions of dollars of her investment. Over the next several years, Edra continually represented to me that Michael had misappropriated those funds to buy property in Kirkland and that she had no idea of this until she confronted him.

8.     On May 28, 2008, Edra filed a lawsuit against Michael and Heather Sandoval and Atigeo, amongst others. A true and correct copy of the First Amended Complaint from that lawsuit, dated June 16, 2008, is attached hereto as **Exhibit 1**. In pertinent part, the complaint alleges the following:

> "...Sandoval took $5.75 million of Blixseth's $10 million xPatterns investment in the form of a personal loan from the company to purchase real property, located in Kirkland, Washington....Subsequently, Blixseth learned that the personal loan Sandoval obtained from xPatterns was for more than he had represented, and was to be repaid in three years or more, rather than within 30 to 60 days as Sandoval had represented. Concerned about Sandoval's significant misrepresentations with respect to the loan, Blixseth sought to terminate her equity interest in xPatterns...."

Amended Complaint at ¶¶ 16, 17.

The complaint further alleges that the defendants in that case – in other words, Michael Sandoval and Atigeo: (1) misrepresented Atigeo as owning software owned by Blixseth and her company, Opspring (Id. at ¶ 20); (2) "engaged in a course of action to eliminate xPatterns ability to repay Blixseth's debt" (Id. at ¶ 21); "knowingly caused false financial information to be disseminated to investors (Id. at ¶ 24);" "grossly inflat[ed] the number of hours spent on developing xPattern and Atigeo's IP (Id. at ¶ 26);" and "caused xPatterns to pay for and record

**DECLARATION OF DEFENDANT DENNIS MONTGOMERY IN SUPPORT OF MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE - 3 -**

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118ᵗʰ AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

in xPatterns' financial records, development costs for IP that Atigeo claims to own, depleting xPatterns of assets and eliminating its ability to pay the $8 million debt [owed to Blixseth] (Id. at ¶ 30)."

9.     Plaintiffs' complaint and the declaration of Michael Sandoval allege that I attempted to extort money from Michael prior to putting up the websites at issue in this litigation.   These accusations are completely false and without merit.   I created the subject websites to alert the public as to the fraudulent and misleading business practices of Michael Sandoval and his company, Atigeo.   In doing so, it was my hope to prevent further individuals from being victimized or injured from these deceptive business practices.   In no way was I motivated by an alleged extortion scheme.   In my opinion (and others), Michael has been defrauding investors and business partners for the last seven years.

10.     During March of 2009, Edra declared bankruptcy.   I understand Michael attached to his declaration an Affidavit of Edra Blixseth from her bankruptcy proceedings, noting it fails to mention fraudulent conduct.   However, Edra recently backed off of her claims as to the money Michael owes her in order to sidestep one of her creditors, Western Capital Partners, LLC ("Western Capital").   A true and correct copy of Western Capital's Response to Motion for Order Approving Settlement with Plaintiffs Atigeo LLC and Xpatterns LLC and Third Party Defendant Michael Sandoval, dated August 4, 2011, is attached hereto as **Exhibit 2**.

11.     In essence, Edra rescinded her prior Letter Agreement with Michael, in which she or her estate was to be paid approximately $8 million, and instead entered into a Settlement Agreement where Michael would pay her estate $1.25 million and Edra would receive

DECLARATION OF DEFENDANT DENNIS
MONTGOMERY IN SUPPORT OF MOTION TO
DISMISS AND SPECIAL MOTION TO STRIKE - 4 -

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

additional compensation.[1]   As referenced in Western Capital's Response, the Settlement Agreement expressly stated it was "based upon [the parties'] expectation that the court will dismiss with prejudice all claims asserted by any third parties…." Western National Response at 3.   In other words, due to Edra and Michael's collusive agreement, she had a vested interest in denying prior instances of fraud.

**I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.**

DATED this ⟶ day of ⟶ 2013.

_____
Dennis Montgomery, Declarant

---

[1] Due to the bankruptcy, the entire $8 million owed to Edra was to flow directly to Western Capital. By creating a new agreement which sought to exclude Western Capital's claims, Michael Sandoval would be released from paying his $8 million debt and, instead, would only have to pay $1.25 million to Edra's estate. Western Capital is still in litigation to recover the money it is owed.

**DECLARATION OF DEFENDANT DENNIS MONTGOMERY IN SUPPORT OF MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE - 5 -**



McGaughey Bridges Dunlap PLLC
325 – 118ᵀᴴ Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile