THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATIGEO LLC, a Washington limited liability company, and MICHAEL SANDOVAL, an individual; and<br><br>       Plaintiffs,<br><br>   vs.<br><br>OFFSHORE LIMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D;  ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-25, inclusive;<br><br>       Defendants. | Civil Action No. 2:13-CV-1694-JLR<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

   This Joint Status Report and Discovery Plan is filed by the parties, by and through their respective counsel, in response to this Court's Order of October 24, 2013 (Dkt # 28).

   **1.**  **Statement of the Nature and Complexity of the Case**

   This case is of moderate complexity, involving the federal Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), and state libel claims under California law.

   **2.**  **Deadline for Joining Additional Parties**

   The parties propose that additional parties be joined by June 27, 2014.

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

**3.    Magistrate**

The parties do not consent to the referral of this matter to a United States Magistrate Judge at this time.

**4.    Discovery Plan**

(A).    <u>Initial Disclosures</u>:  The deadline for serving initial disclosures is December 24, 2013.

(B).    <u>Phasing of Discovery</u>: N/A

(C).    <u>Electronically Stored Information (ESI)</u>:  The parties propose adopting a modified version of the model e-discovery order issued by the U.S. Court of Appeals for the Federal Circuit and will work together to develop an appropriate procedure for submission to the Court.

(D).    <u>Privilege Issues</u>:  The parties believe that a protective order under Fed. R. Civ. P. 26(c) is appropriate to limit the disclosure of confidential commercial or other information and documents.  The parties contemplate presenting a proposed stipulated protective order, which will include the privilege and work product non-waiver protections of Fed. R. Evid. 502(d), for the Court's consideration.

(E).    <u>Proposed Limitations on Discovery</u>:  The parties do not believe that any changes should be made to the limitations on discovery imposed under by the Federal Rules of Civil Procedure and Local Civil Rules, or that any other limitations should be imposed.

(F).    <u>Discovery Orders</u>:  *See* section 4(D) above.

**5.    LCR 26(f)(1) Matters**

(A).    <u>Prompt Case Resolution</u>:  The parties believe that ADR in the form of a private mediation would be most beneficial; however, the parties agree the timing of such ADR should be after initial motion practice and after the parties have had an opportunity to conduct meaningful discovery.

(B).    <u>Alternative Dispute Resolution</u>:  *See* section 5(A) above.

(C).    <u>Related Cases</u>:  N/A

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542

(D).   Discovery Management: The parties agree to work to together to minimize the existence, burden, and expense of discovery and discovery disputes.

(E).   Anticipated Discovery Sought:  The parties anticipate obtaining discovery on the matters set forth in the pleadings and motion papers filed with the Court.

(F).   Phasing of Motions:  N/A

(G).   Preservation Of Discoverable Information:  The parties agree to preserve all discoverable information and to disable any automatic record deletion or over-writing systems during the pendency of this litigation, including appeals.

(H).   Privilege Issues:  *See* section 4(D) above.

(I).   Model Protocol of Discovery of ESI:  *See* section 4(C) above.

(J).   Alternatives to Model Protocol:  *See* section 4(C) above.

**6.    Date for Completion of Discovery**

The parties believe that the following discovery deadlines are appropriate:

| | |
|---|---|
| Fact discovery: | October 17, 2014 |
| Opening expert reports: | November 14, 2014 |
| Rebuttal expert reports: | December 12, 2014 |
| Expert discovery: | January 23, 2015 |

**7.    Bifurcation**

The parties believe that this case should not be bifurcated.

**8.    Pre-Trial Statements and Pre-Trial Order**

The parties do not believe that the pretrial statements and pretrial order called for by LR 16(e), (h), (i), and (k) and 16.1 should be dispensed with, either in whole or in part.

**9.    Individualized Trial Program (LCR 39.2) and ADR (LCR 39.1)**

The parties do not intend to utilize the Individualized Trial Program under LCR 39.2. As to ADR (LCR 39.1), see section 5(A) *supra*.

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542

**10.**   **Suggestions for Shortening or Simplifying the Case**

The parties agree under Fed. R. Civ. P. 4(e) and 5(b)(2)(E) to the service of all pleadings, discovery, motion papers, and other documents via email to counsel.  This agreement on email service provides an alternative acceptable form of service in addition to the other traditional forms of service (*e.g.*, in-person, mail, etc.) that are provided for under the Federal Rules of Civil Procedure.

**11.**   **Date Ready for Trial**

The parties believe that this matter should be ready for trial by March 23, 2015.

**12.**   **Trial by Jury**

A jury trial has been requested.

**13.**   **Number of Trial Days Required**

The parties anticipate that trial of this matter will require approximately 7 court days.

**14.**   **Names, Addresses and Telephone Numbers of Trial Counsel**

<u>Plaintiffs:</u>

STOEL RIVES LLP
Brian C. Park, WSBA No. 25,584
Maren R. Norton, WSBA No. 35,435
Hunter Ferguson, WSBA No. 41,485
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500
BCPark@stoel.com
MRNorton@stoel.com
HOFerguson@stoel.com


Counsel for Plaintiff Atigeo LLC

BARON & BUDD, P.C.
Roland K. Tellis (Pro Hac Vice)
15910 Ventura Boulevard, Suite 1600
Encino, CA  91436
Telephone:  (818) 839-2333
Facsimile:  (818) 986-9698
rtellis@baronbudd.com

JSR AND DISCOVERY PLAN (No. 2:13-CV-1694-JLR) — 4
75266800.1 0009074-00012

Counsel for Plaintiffs Atigeo LLC
and Michael Sandoval

Defendants:

McGAUGHEY BRIDGES DUNLAP PLLC
Shellie McGaughey, WSBA No. 16809
Peter Nierman, WSBA No. 44636
325-118th Avenue SE, Suite 209
Bellevue, WA 98005
Telephone: (425) 462-4000
Facsimile: (425) 637-9638
Shellie@mcbdlaw.com
peter@mcbdlaw.com
Katie@mcbdlaw.com

Counsel for Defendants Dennis Montgomery
and Istvan Burgyan

BRAIN LAW FIRM PLLC
Paul Brain, WSBA No. 13438
1119 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Telephone: (253) 327-1019
Facsimile: (253) 327-1021
pbrain@paulbrainlaw.com
jdavenport@paulbrainlaw.com

Counsel for Defendants Offshore Limited D
and Demaratech, LLC

**15.    Trial Date Complications**

No scheduling conflicts are currently known on or around the proposed trial date.

**16.    Unserved Defendants (if any)**

N/A.

**17.    Scheduling Conference**

The parties do not believe that a scheduling conference is required prior to the entry of a scheduling order.

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542

18.    **Rule 7.1 Disclosures**

Non-governmental corporate Plaintiff and Defendants filed their Rule 7.1 disclosures on December 11, 2013 and October 30, 2013, respectively.

19.    **Judiciary's Pilot Program on Cameras in the Courtroom**

The parties do not consent to the Judiciary's *Pilot Program on Cameras in the Courtroom.*

DATED this 20th day of December, 2013

Respectfully Submitted,

| STOEL RIVES LLP | McGAUGHEY BRIDGES DUNLAP PLLC |
|---|---|
| /s/ Brian C. Park | /s/ Shellie McGaughey (*via email authorization*) |
| Brian C. Park, WSBA No. 25,584 | Shellie McGaughey, WSBA No. 16809 |
| Maren R. Norton, WSBA No. 35,435 | Peter Nierman, WSBA No. 44636 |
| Hunter Ferguson, WSBA No. 41,485 | 325-118th Avenue SE, Suite 209 |
| 600 University Street, Suite 3600 | Bellevue, WA 98005 |
| Seattle, WA 98101 | Telephone: (425) 462-4000 |
| Telephone: (206) 386-7542 | Facsimile: (425) 637-9638 |
| Facsimile: (206) 386-7500 | Shellie@mcbdlaw.com |
| BCPark@stoel.com | peter@mcbdlaw.com |
| MRNorton@stoel.com | Katie@mcbdlaw.com |
| HOFerguson@stoel.com | |
| | Counsel for Defendants Dennis Montgomery |
| Counsel for Plaintiff Atigeo LLC | and Istvan Burgyan |
| | |
| BARON & BUDD, P.C. | BRAIN LAW FIRM PLLC |
| /s/ Roland K. Tellis | /s/ Paul Brain (*via email authorization*) |
| Roland K. Tellis (*Pro Hac Vice*) | Paul Brain, WSBA No. 13438 |
| 15910 Ventura Boulevard, Suite 1600 | 1119 Pacific Avenue, Suite 1200 |
| Encino, CA 91436 | Tacoma, WA 98402 |
| Telephone: (818) 839-2333 | Telephone: (253) 327-1019 |
| Facsimile: (818) 986-9698 | Facsimile: (253) 327-1021 |
| RTellis@baronbudd.com | pbrain@paulbrainlaw.com |
| | jdavenport@paulbrainlaw.com |
| Counsel for Plaintiffs Atigeo LLC | |
| and Michael Sandoval | Counsel for Defendants Offshore Limited D |
| | and Demaratech, LLC |

JSR AND DISCOVERY PLAN (No. 2:13-CV-1694-JLR) — 6
75266800.1 0009074-00012

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following participants:

Paul Edward Brain     pbrain@paulbrainlaw.com, jdavenport@paulbrainlaw.com

Shellie McGaughey     shellie@mcbdlaw.com, katie@mcbdlaw.com


Stoel Rives LLP


s/Melissa A. Wood
Melissa A. Wood, Legal Secretary
Dated at Seattle, WA on December 20, 2013

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542