UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ATIGEO LLC, a Washington limited liability company; and MICHAEL SANDOVAL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFSHORE LIMITED D, a California business organization, form unknown; OFFSHORE LMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D; ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> NO. 2:13-cv-01694 <br><br> **DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT** |

COME NOW Defendants Dennis Montgomery and Istvan Burgyan, by and through their undersigned attorney of record, Shellie McGaughey of McGaughey Bridges Dunlap, PLLC, and in response to Plaintiffs' Complaint, answer as follows:

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -1-**



# GENERAL ALLEGATIONS

1. Admit Atigeo LLC is a Washington limited liability company with its principal place of business in Bellevue, Washington.

2. Admit.

3. Answering defendants admit Dennis Montgomery is an individual. Answering defendants deny that Dennis Montgomery resides in Riverside County, California.

4. Answering defendants admit Istvan Burgyan is an individual. Answering defendants deny that Istvan Burgyan resides in Riverside County, California.

5. Answering defendants are without sufficient information to admit or deny information alleged as to Offshore Limited D or its alleged business location. Answering defendants have no personal knowledge as to a company known as Offshore Limited D and deny that they are associated with Offshore Limited D.

6. Answering defendants deny Demaratech, LLC ("Demaratech") is an active California limited liability company. This entity dissolved several years ago and ceased doing business in 2010. Defendants deny it is doing business in Riverside County, California or that its principal place of business is as alleged.

7. Answering defendants deny.

8. Answering defendants deny.

9. Answering defendants deny.

10. Answering defendants deny.

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -2-**

McGaughey Bridges Dunlap PLLC
325 – 118TH Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

**JURISDICTION AND VENUE**

11.     Answering defendants admit jurisdiction in the Western District of Washington is proper pursuant to 28 U.S.C. § 1331, 1338, 1367, and 15 U.S.C. §§ 1116 and 1121.  Admit this action arises under 15 U.S.C. § 1125(d).  Defendants deny there is diversity of citizenship under 28 U.S.C. § 1332(a)(1).

12.     Answering defendants admit this Court has personal jurisdiction over defendants Montgomery and Burgyan to the extent the case is now in the Western District of Washington.

13.     Answering defendants admit venue is proper in the Western District of Washington as to defendants Montgomery and Burgyan.  Defendants deny California residency.

**PLAINTIFF AND ITS RIGHTS**

14.     Answering defendants deny Atigeo has engaged in interstate commerce under the ATIGEO trademark since 2007.  Defendants admit they are familiar with the Atigeo business name and/or Michael Sandoval.  Defendant Montgomery believes that Michael Sandoval uses this company name as an alter ego and under this closely held company fails to follow corporate formalities.  Defendant Montgomery also believes Michael Sandoval uses separate entities and various companies' names including but not limited to Founders Group LLC, Founders Real Estate Group LLC, Founders Technology Group LLC, Azimyth LLC, Opspring LLC, Xpatterns LLC, Atigeo LLC, Atigeo Mobile LLC, HMJC LLC, 225 LLC, Diamond Ranch 13 and HMJZ.  Answering defendants further deny the description of "Atigeo" as alleged.  Based upon information and belief, answering defendants deny that "Atigeo" is a legitimate software business or markets products or services as alleged.

15.     Answering defendants are without sufficient information to admit or deny allegations contained in this paragraph and therefore deny.

DEFENDANTS DENNIS MONTGOMERY AND
ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS'
COMPLAINT -3-

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

16. Answering defendants deny.

17. Answering defendants deny.

18. Answering defendants deny.

19. Answering defendants deny.

20. Answering defendants deny.

## ALLEGED WRONGFUL ACTS

21. Answering defendants admit in part and deny in part.  Defendants admit Dennis Montgomery owns the web sites alleged as www.atigeo.co, www.gratonresortcasino.net and www.theuntoldstory.net.  Defendant Dennis Montgomery denies he currently operates any of the alleged web sites and denies that he currently owns either www.yellowstoneclubs.com or www.yellowstoneclub.net.

22. Answering defendants admit that defendant Dennis Montgomery made the alleged statements.  Istvan Burgyan denies any knowledge or involvement.

23. Answering defendants deny that their statements made about plaintiffs are false.  The dispute between Edra Blixseth and Michael Sandoval is public knowledge and has received coverage from reputable media sources such as the Seattle Times.  The statements were likewise supported by declarations, statements made against interest, and numerous documents and legal filings by and between the parties.

24. Answering defendants admit in part and deny in part.  Defendants deny Istvan Burgyan creating or using any pseudonyms, email accounts or Twitter accounts as alleged.  Defendant Dennis Montgomery denies using email accounts or Twitter accounts in an inappropriate or illegal manner.

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -4-**

McGaughey Bridges Dunlap PLLC
325 – 118TH Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

25. Answering defendants deny Istvan Burgyan ever did or had anything to do with any of the actions as alleged in paragraph 25 and therefore deny all such allegations. Defendant Dennis Montgomery denies all such allegations as well.

26. Answering defendants deny.

27. Answering defendants deny.

28. Answering defendants deny.

29. Answering defendants deny the entirety of this paragraph. Defendant Montgomery never approached plaintiff Sandoval and/or Atigeo in the manner alleged herein. Defendant Istvan Burgyan likewise denies all allegations asserted herein.

30. Answering defendants deny.

31. Answering defendants deny. Dennis Montgomery only admits he registered <atigeo.co> and other related websites with the intent of alerting the public and the media to plaintiffs' misuse of funds Edra Blixseth invested in Atigeo.

32. Answering defendants admit in part and deny in part. Answering defendants were both aware of a company owned and operated by Michael Sandoval that was named Atigeo. Defendants deny allegations to knowledge regarding trademarks or allegations of Opspring LLC being a "subsidiary." Dennis Montgomery admits he was a prior employee of Opspring LLC.

33. Answering defendants admit.

34. Answering defendants admit in part. Defendants deny knowledge as to any "ATIGEO" trademark as alleged.

35. Answering defendants deny that they have used the domain <atigeo.co> to disseminate any false or defamatory statements concerning Atigeo. Answering defendants

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -5-**

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

registered <atigeo.co> and other related websites with the intent of alerting the public and the media to plaintiffs' misuse of funds Edra Blixseth invested in Atigeo. Further, Istvan Burgyan denies any knowledge or involvement in the use of the domain name as alleged.

36.  Answering defendants deny they have deprived Atigeo of its exclusive property right in the ATIGEO trademark. When the .co top-level domain was opened up for use in the United States and other countries, registered trademark owners were permitted to register .co domain names prior to the general public being afforded such an opportunity. Thus, Atigeo had the opportunity to register the domain <atigeo.co>, but it failed to do so. Further, defendant Istvan Burgyan had no involvement in the registration and/or use of the atigeo.com domain name.

37.  Answering defendants deny.

38.  Answering defendants deny.

39.  Answering defendants deny.

40.  Answering defendants deny.

41.  Answering defendants deny.

42.  Answering defendants deny.

## COUNT I

### Cybersquatting (15 U.S.C. § 1125(d))

43.  No response is necessary.

44.  Defendants assert no response is necessary as this is not a factual allegation but an excerpt of a legal statute. This legal statute speaks for itself. To the extent such a response is required, defendants admit plaintiff has correctly inserted part of the referenced statute.

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -6-**

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

45.  Answering defendants admit in part and deny in part. Answering defendants admit Atigeo is an LLC controlled by Sandoval. Defendants deny the balance of said allegations in this paragraph.

46.  Answering defendants deny.

47.  Defendants admit in part. Defendants admit the allegations as to the claim the two domain names are similar. The balance of the allegation is denied.

48.  Answering defendants deny registering the <atigeo.co> domain name with a bad faith intent to profit. Answering defendant Montgomery registered <atigeo.co> and other related websites with the intent of alerting the public and the media to plaintiffs' misuse of funds Edra Blixseth invested in Atigeo. Defendants have not profited in any way nor have they ever intended to do so through the use of the <atigeo.co> domain name. Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein involving any references to Atigeo.

49.  Answering defendants deny any intent to profit from the ATIGEO trademark or that defendants were involved in an alleged scheme to extort plaintiffs. Answering defendant Dennis Montgomery registered the <atigeo.co> domain name and other related websites solely for the purpose of alerting the public and the media to plaintiffs' misuse of funds Edra Blixseth invested in Atigeo. Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein involving any references to Atigeo.

50.  Answering defendant Dennis Montgomery admits to registering the <atigeo.co> domain name. Defendant denies it was with the intent to divert the viewing public from Atigeo's website or that there was ever intent to profit by so doing. Answering defendant Montgomery registered the <atigeo.co> domain name and other related websites solely for the

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -7-**

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

purpose of alerting the public and the media to plaintiffs' misuse of funds Edra Blixseth invested in Atigeo.  Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein involving any references to Atigeo.

51.  Answering defendants deny.  Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein involving any references to Atigeo.

52.  Answering defendants deny.

53.  Answering defendants deny.

54.  Defendants admit in part and deny in part.  Defendants knew of Atigeo's ownership.  Defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein involving any references to Atigeo.  Further, defendants deny knowledge of the ATIGEO mark as alleged.

55.  Defendants deny.  Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein involving any references to Atigeo.

56.  Defendants deny.  Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein involving any references to Atigeo.

57.  Defendants deny.

58.  Defendants deny.

59.  Defendants deny.

60.  Defendants deny.

61.  Defendants deny.

## COUNT II

### Libel

62.  No response is necessary.

DEFENDANTS DENNIS MONTGOMERY AND
ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS'
COMPLAINT -8-



McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

63. Defendants admit in part. Defendant Dennis Montgomery admits to publishing the statements referenced as (a)-(f). Defendant Montgomery denies the time frames alleged. Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein.

64. Defendants deny Dennis Montgomery's statements made about plaintiffs are false. The dispute between Edra Blixseth and Michael Sandoval is public knowledge, has received coverage from reputable media sources such as the Seattle Times and has been referenced in numerous legal briefs, declarations, filings and communications. Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein.

65. Defendants deny. Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein.

66. Defendants deny. Further, defendant Istvan Burgyan had no involvement whatsoever in the allegations asserted herein.

67. Answering defendants are without sufficient information to admit or deny and therefore deny.

68. As this allegation is directed at co-defendant Offshore Limited D, no response is necessary. Answering defendants possess no knowledge pertaining to Offshore Limited D nor are they in any way associated with that company.

69. Defendants deny.

70. Defendants deny.

71. Defendants deny.

72. Defendants deny.

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -9-**

MCGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

# **AFFIRMATIVE DEFENSES**

BY WAY OF FURTHER ANSWER and without admitting any matters previously denied, and as AFFIRMATIVE DEFENSES, answering Defendants allege as follows:

73. Defendants may have registered the <atigeo.co> domain name before plaintiffs obtained trademark rights, common law trademark or registered trademark rights.

74. Plaintiffs do not have the trademark rights which they allege to possess.

75. Defendants were unaware of any third party trademark rights when they registered, used, or trafficked in the domain, and the third party trademark was not a registered trademark with the United States Patent and Trademark Office.

76. The alleged trademark is generic in that it is a dictionary word or other word which describes the service or product.

77. The trademark is descriptive of the goods and services and is therefore extremely weak.

78. Defendants have a legitimate business purpose for the <atigeo.co> domain name which has nothing to do with the third party trademark claim.

79. Defendants did not register, use or traffic in the <atigeo.co> domain name with a bad faith intent to profit.

80. Waiver – plaintiffs had an opportunity to register a .co top-level domain and failed to do so.

81. Some or all of plaintiffs' claims and/or remedies are barred in whole or in part by the doctrine of "unclean hands."

82. Defendants' use of the <atigeo.co> domain name was fair and not an infringement of plaintiffs' trademark rights as defendants used the mark for the purpose of criticism, comment and news reporting.

83. Defendants assert that all statements and comments by defendants about

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -10-**

MCGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

plaintiffs were true and, thus, cannot be the basis for a defamation action.

84. The defendants' statements are not properly subject to a slander suit because they contained no provably false assertions of fact.

85. All statements made by one or more defendants were with good motive and were fair comments made as private citizens exercising their right of free speech, discussing matters of public importance, as concerned citizens of the community.

86. The plaintiffs are libel-proof.

87. The Complaint fails to state a claim upon which relief can be granted and should therefore be dismissed. The requisite elements for the claim are not present and/or have not been properly pled.

88. No act or omission on the part of defendants either caused or contributed to whatever injury (if any) the plaintiffs may have sustained.

89. Defendant Istvan Burgyan is immune from this suit pursuant to 47 U.S.C. § 230(c).

90. Plaintiffs have failed to state a claim for which relief can be granted as to Istvan Burgyan.

91. Plaintiffs may have failed to mitigate their damages.

92. Defendants' actions are protected in part or in whole by their constitutional rights under the First Amendment, specifically including the same protections extended to individuals posting on the web and/or internet. Defendants assert their right of free speech and the protections afforded that right.

93. All posting as alleged by Dennis Montgomery as set forth in plaintiffs' complaint paragraph 63 are constitutionally protected opinions and/or involve matters of public concern.

Defendants reserve the right to amend their Answer by way of adding affirmative

DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -11-

McGaughey Bridges Dunlap PLLC
325 – 118TH Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

defenses, counterclaims, cross-claims or third-party claims as the existence of such claims may be discovered in the future.

**PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiffs' Complaint herein and alleged affirmative defenses, Defendants request the Court dismiss Plaintiffs' Complaint with prejudice and that Defendants recover their taxable costs and disbursements incurred herein, including attorney fees as deemed appropriate, and for such other and further relief as the Court may deem just.

DATED this 18th day of February, 2014

McGAUGHEY BRIDGES DUNLAP, PLLC

*/s/Shellie McGaughey*
Shellie McGaughey, WSBA #16809
Attorney for Defendant Burgyan
325 118th Avenue Southeast, Suite 209
Bellevue, WA 98005
(425) 462-4000
Fax: (425) 637-9638
E-mail: Shellie@mcbdlaw.com

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -12-**



McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

## CERTIFICATE OF SERVICE

I certify that on Friday, February 18, 2014, I caused the foregoing to be served on the following by the methods indicated:

| | |
|---|---|
| Roland Tellis | ___ Via hand delivery by Legal Messenger |
| Peter Smith | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| BARON & BUDD, P.C. | ___ Via Overnight Delivery |
| 15910 Ventura Boulevard, Suite 1600 | ___ Via Facsimile |
| Encino, California, 91436 | ___ Via Email |
| | _X_ Other: Electronic Pacer |
| Brian C. Park | ___ Via hand delivery by Legal Messenger |
| STOEL RIVES LLP | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| 600 University Street, Suite 3600 | ___ Via Overnight Delivery |
| Seattle, WA 98101 | ___ Via Facsimile |
| | ___ Via Email |
| | _X_ Other: Electronic Pacer |
| Paul Brain | ___ Via hand delivery by Legal Messenger |
| Brain Law Firm PLLC | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| 1119 Pacific Avenue, Suite 1200 | ___ Via Overnight Delivery |
| Tacoma, WA 98402 | ___ Via Facsimile |
| | ___ Via Email |
| | _X_ Other: Electronic Pacer |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of February, 2014.

*/s/ Katie Berry*
Katie Berry

**DEFENDANTS DENNIS MONTGOMERY AND ISTVAN BURGYAN'S ANSWER TO PLAINTIFFS' COMPLAINT -13-**



McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE