THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| ATIGEO LLC, a Washington limited liability company, and MICHAEL SANDOVAL, an individual; and<br><br>                        Plaintiffs,<br><br>      vs.<br><br>OFFSHORE LIMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D;  ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-25, inclusive;<br><br>                     Defendants. | Civil Action No. 2:13-cv-1694-JLR<br><br>**PRAECIPE TO PLAINTIFFS' MOTION FOR MUTUAL PROTECTIVE ORDER GOVERNING DISCOVERY**<br><br>NOTED ON MOTION CALENDAR:<br>March 28, 2014 |

Plaintiffs Atigeo LLC and Michael Sandoval hereby submit the following praecipe to the motion for mutual protective order governing discovery (Dkt # 50) in this action and the proposed protective order (Dkt # 50-1), as follows.

1.      On March 20, 2014, the Individual Defendants' counsel clarified that Defendant Montgomery is not himself the target of the ongoing criminal investigation by the unnamed government law enforcement agency, just that his documents and computers were seized thereby. Based on this representation and in the absence of discovery, Plaintiffs file this praecipe to correct

PRAECIPE TO MOTION FOR PROTECTIVE
ORDER (NO. 2:13-CV-1694-JLR) — 1
75841781.1 0009074-00012

the record, including lines 12-14 of page 7 of Plaintiffs' motion for protective order.  Even so, the

arguments in Plaintiffs' motion apply with equal force.

2.      Plaintiffs also submit a revised proposed protective order (attached hereto as

Exhibit 1) to replace the proposed protective order filed at Dkt # 50-1.  The revised proposed

protective order shows a redline in paragraph 14 to provide for the situation where, if a third party

subpoenaed person or entity discloses Confidential or AEO information belonging to one of the

parties *without designating it as such under protective order*, the owner of that information may

designate the information after the disclosure.

DATED this 21st day of March, 2014.

Respectfully Submitted,

STOEL RIVES LLP

/s/ Brian C. Park
Brian C. Park, WSBA No. 25,584
Maren R. Norton, WSBA No. 35,435
Hunter Ferguson, WSBA No. 41,485
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: (206) 386-7542
Facsimile:  (206) 386-7500
BCPark@stoel.com
MRNorton@stoel.com
HOFerguson@stoel.com

Counsel for Plaintiff Atigeo LLC


BARON & BUDD, P.C.

/s/ Roland K. Tellis
Roland K. Tellis (*Pro Hac Vice*)
15910 Ventura Boulevard, Suite 1600
Encino, CA  91436
Telephone: (818) 839-2333
Facsimile:  (818) 986-9698
RTellis@baronbudd.com

Counsel for Plaintiffs
Atigeo LLC and Michael Sandoval

PRAECIPE TO MOTION FOR PROTECTIVE
ORDER (NO. 2:13-CV-1694-JLR) — 2
75841781.1 0009074-00012

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in the above case.

STOEL RIVES LLP

_Melissa A Wood_

Melissa Wood, Practice Assistant
Dated March 21, 2014