# Exhibit 3

Below is the account info, user change history of the Registrant and primary user, and the login history of the PC.

**Account Holder:**
**Person Org ID:** 35889332
**Organization Name:** Offshore Limited D
**Address:**
42829 Cook Street
Palm Desert, CA 92211
US

**Phone:** 760-341-3289
**Fax:**
**Email:** no.valid.email@worldnic.com

**Primary User:**
**Person Org ID:** 40375664
**Name:** Kent, Clark
**Address:**
42829 Cook Street
Palm Desert, CA  92211
US

**Phone:** 6199917323
**Fax:**
**Email:** info@pcinx.com

## User Change History for Account Holder

| Field | Old Value | Change Date | New Value | By | Using | Request Status |
|---|---|---|---|---|---|---|
| PHONE_NUM | 760-776-6622 | 2010-12-24 | 760-341-3289 | 40375664 | Storefront | N/A |
| Org Name | Offshore Limited | 2009-05-27 | Offshore Limited D | 40375664 | Storefront | N/A |
| Org Name | Blxware, LLC | 2009-05-25 | Offshore Limited | 40375664 | Storefront | N/A |
| Org Name | Blixseth Group, Inc. | 2007-10-12 | Blxware, LLC | 35889333 | Storefront | N/A |

## User Change History for Primary User

Only changes since December 10, 2003 are shown

| Field | Old Value | Change Date | New Value | By | Using | Request Status |
|---|---|---|---|---|---|---|
| PHONE_NUM | 760-341-3289 | 2013-02-08 | 6199917323 | 40375664 | Storefront | N/A |
| E-mail Address | info@erouter.net | 2012-06-18 | info@pcinx.com | 40375664 | Storefront | N/A |
| User ID | DEMARATECH.1 | 2010-12-24 | EROUTER.1 | 40375664 | Storefront | N/A |
| Password | ****** | 2010-12-24 | ****** | 40375664 | Storefro | N/A |

C:\Users\BCP4266\DOCUME~1\BCP\STOELR~1\ATIGEO~1\DENNIS~1\PLEADI~1\SJOPP'~1\Acount Report connecting ''Offshore Ltd D'' with ''Istvan'' and ''Dennis'' (BCP Highlighted) - Response Account Info.docx

| | | | | | nt | |
|---|---|---|---|---|---|---|
| Secondary E-mail Address | encoder@earthlink.net | 2010-12-24 | | 40375664 | Storefront | N/A |
| E-mail Address | info@erouter.com | 2010-12-24 | info@erouter.net | 40375664 | Storefront | N/A |
| E-mail Address | info@demaratech.com | 2010-12-24 | info@erouter.com | 40375664 | Storefront | N/A |
| Secondary E-mail Address | | 2010-12-24 | encoder@earthlink.net | 40375664 | Storefront | N/A |
| Last Name | Burgyan | 2010-12-24 | Kent | 40375664 | Storefront | N/A |
| First Name | Istavan | 2010-12-24 | Clark | 40375664 | Storefront | N/A |
| First Name | Istvan | 2010-12-24 | Istavan | 40375664 | Storefront | N/A |
| Last Name | Limited D | 2010-12-24 | Burgyan | 40375664 | Storefront | N/A |
| First Name | Offshore | 2010-12-24 | Istvan | 40375664 | Storefront | N/A |
| Last Name | Burgyan | 2010-12-24 | Limited D | 40375664 | Storefront | N/A |
| First Name | Istvan | 2010-12-24 | Offshore | 40375664 | Storefront | N/A |
| Last Name | Limited D | 2010-12-24 | Burgyan | 40375664 | Storefront | N/A |
| First Name | Offshore | 2010-12-24 | Istvan | 40375664 | Storefront | N/A |
| PHONE_NUM | 5306351842 | 2010-01-23 | 760-341-3289 | 40375664 | Storefront | N/A |
| User ID | DENNISMONTGOMERY | 2009-06-28 | DEMARATECH.1 | 40375664 | Storefront | N/A |
| Password | ****** | 2009-06-28 | ****** | 40375664 | Storefront | N/A |
| Password | ****** | 2009-06-18 | ****** | 40375664 | Storefront | N/A |
| Password | ****** | 2009-06-09 | ****** | 40375664 | Storefront | N/A |
| E-mail Address | dennis@ncoder.net | 2009-05-27 | info@demaratech.com | 40375664 | Storefront | N/A |

C:\Users\BCP4266\DOCUME~1\BCP\STOELR~1\ATIGEO~1\DENNIS~1\PLEADI~1\SJOPP'~1\Acount Report connecting ''Offshore Ltd D'' with ''Istvan'' and ''Dennis'' (BCP Highlighted) - Response Account Info.docx

| Last Name | Limited | 2009-05-27 | Limited D | 40375664 | Storefront | N/A |
|---|---|---|---|---|---|---|
| Password | ****** | 2009-05-27 | ****** | 1001 | Storefront | N/A |
| E-mail Address | cshock2003@hotmail.com | 2009-05-27 | dennis@ncoder.net | 40375664 | Storefront | N/A |
| Password | ****** | 2009-05-27 | ****** | 40375664 | Storefront | N/A |
| Password | ****** | 2009-05-27 | ****** | 40375664 | Storefront | N/A |
| Last Name | Montgomery | 2009-05-25 | Limited | 40375664 | Storefront | N/A |
| First Name | Dennis | 2009-05-25 | Offshore | 40375664 | Storefront | N/A |
| Password | ****** | 2009-05-25 | ****** | 40375664 | Storefront | N/A |
| E-mail Address | dennis@ncoder.net | 2009-05-22 | cshock2003@hotmail.com | 40375664 | Storefront | N/A |
| PHONE_NUM | 425-637-3935 | 2009-05-21 | 5306351842 | 40375664 | Storefront | N/A |
| E-mail Address | chriss@blxware.com | 2009-05-21 | dennis@ncoder.net | 40375664 | Storefront | N/A |
| Password | ****** | 2009-05-21 | ****** | 1001 | Storefront | N/A |
| E-mail Address | dennis@ncoder.net | 2007-11-07 | chriss@blxware.com | 40375664 | Storefront | N/A |
| PHONE_NUM | 530-635-1842 | 2007-10-09 | 425-637-3935 | 40375664 | Storefront | N/A |
| PHONE_NUM | 775-813-4776 | 2007-03-09 | 530-635-1842 | 40375664 | Storefront | N/A |
| Password | ****** | 2007-03-09 | ****** | 1001 | Storefront | N/A |
| E-mail Address | encoder@earthlink.net | 2007-02-07 | dennis@ncoder.net | RODSAL001 | CSR Tools | N/A |
| Password | ****** | 2006-03-07 | ****** | 1001 | Storefront | N/A |
| Password | ****** | 2006-03-02 | ****** | 40375664 | Storefront | N/A |

**Login History for Person-Org Id # 40375664**

C:\Users\BCP4266\DOCUME~1\BCP\STOELR~1\ATIGEO~1\DENNIS~1\PLEADI~1\SJOPP'~1\Acount Report connecting ''Offshore Ltd D'' with ''Istvan'' and ''Dennis'' (BCP Highlighted) - Response Account Info.docx

**Tellis Dec. Ex. 3, Page 3 of 3**