# Exhibit 4

List of Products - Status View
Switch to Financial View                         Show Deleted Products
(showing items 1 - 100 of 145, page 1 of 2)     First      Previous              1            2
nsWebAddress

| Name | Status | Locked | Updated By | Expiration Date |
|------|--------|--------|------------|-----------------|
| ASISPORTSINFO.COM New Window | ACTIVE | Domain Pro | 42188534 | 7/2/2013 |
| BILLPEARPOINT.COM New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| CARDIACNETWORK.CO New Window | ACTIVE | Domain Pro | 42188534 | 4/2/2013 |
| CARDIACNETWORKS.CO New Window | ACTIVE | Domain Pro | 42188534 | 4/2/2013 |
| CARDIACNETWORKS.NET New Window | ACTIVE | Domain Pro | 42188534 | 4/2/2013 |
| CLOAKIT.NET New Window | ACTIVE | Domain Pro | 42188534 | 7/4/2013 |
| DENNISMONTGOMERY.COM New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| DENNISMONTGOMERY.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| DROUTER.NET New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| DYNAMICAL.CO New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| DYNAMICALDEVELOPMENT.COM New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| DYNAMICALDEVELOPMENT.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| EROUTER.NET New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| GEOVATIONS.ORG New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| GRATONRANCHERIA.NET New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| ISTVANBURGYAN.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| JACKSCALIA.ORG New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MAILBOXESUNLIMITED.NET New Window | ACTIVE | Domain Pro | 40375664 | 8/7/2013 |
| MBRTEK.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MOVIESTARZ.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MUSTARDGREENVENTURES.CO New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MUSTARDGREENVENTURES.COM New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MUSTARDGREENVENTURES.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MUSTARDSEEDVENTURES.CO New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MUSTARDSEEDVENTURES.COM New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| MUSTARDSEEDVENTURES.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| NCODER.NET New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| OPERATIONAMERICANSPIRIT.COM New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| OPERATIONAMERICANSPIRIT.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| OPTICALCLOAKING.NET New Window | INACTIVE | Domain Pro | 34 | ######## |
| PCINX.COM New Window | ACTIVE | Domain Pro | 40375664 | 3/9/2014 |
| PCINX.NET New Window | INACTIVE | Domain Pro | 34 | 3/9/2013 |
| RBANTIQUES.NET New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| SUBMARINEDETECTION.COM New Window | INACTIVE | Domain Pro | 34 | 3/4/2013 |
| SUBMARINEDETECTION.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| THEUNTOLDSTORY.NET New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| THEYELLOWSTONECLUB.NET New Window | ACTIVE | Domain Pro | 40375664 | ######## |
| WHOLEARTH.NET New Window | ACTIVE | Domain Pro | 42188534 | ######## |
| YELLOWSTONECLUB.NET New Window | ACTIVE | Legal Lock | 52022406 | ######## |
|  |  | Domain Protect - Y |  |  |
| YELLOWSTONECLUBSCANDAL.COM New Window | ACTIVE | Legal Lock | 52022411 | 1/9/2014 |

Domain Protect - Y

| DNS Name | Status | Locked | Updated By | Expiration Date |
|---|---|---|---|---|
| ASISPORTSINFO.COM | ACTIVE | | 40375664 | |
| BILLPEARPOINT.COM | ACTIVE | | 40375664 | |
| CARDIACNETWORK.CO | ACTIVE | | 40375664 | |
| CARDIACNETWORKS.CO | ACTIVE | | 40375664 | |
| CARDIACNETWORKS.NET | ACTIVE | | 40375664 | |
| CLOAKIT.NET | ACTIVE | | 40375664 | |
| DENNISMONTGOMERY.COM | ACTIVE | | 40375664 | |
| DENNISMONTGOMERY.NET | ACTIVE | | 40375664 | |
| DROUTER.NET | ACTIVE | | 40375664 | |
| DYNAMICAL.CO | ACTIVE | | 40375664 | |
| DYNAMICALDEVELOPMENT.COM | ACTIVE | | 40375664 | |
| DYNAMICALDEVELOPMENT.NET | ACTIVE | | 40375664 | |
| EROUTER.NET | ACTIVE | | 40375664 | |
| GEOVATIONS.ORG | ACTIVE | | 40375664 | |
| GRATONRANCHERIA.NET | ACTIVE | | 40375664 | |
| ISTVANBURGYAN.NET | ACTIVE | | 43630135 | |
| JACKSCALIA.ORG | ACTIVE | | 42257357 | |
| MAILBOXESUNLIMITED.NET | ACTIVE | | 40375664 | |
| MBRTEK.NET | ACTIVE | | 40375664 | |
| MOVIESTARZ.NET | ACTIVE | | 40375664 | |
| MUSTARDGREENVENTURES.CO | ACTIVE | | 40375664 | |
| MUSTARDGREENVENTURES.COM | ACTIVE | | 40375664 | |
| MUSTARDGREENVENTURES.NET | ACTIVE | | 40375664 | |
| MUSTARDSEEDVENTURES.CO | ACTIVE | | 40375664 | |
| MUSTARDSEEDVENTURES.COM | ACTIVE | | 40375664 | |
| MUSTARDSEEDVENTURES.NET | ACTIVE | | 40375664 | |
| NCODER.NET | ACTIVE | | 40375664 | |
| OPERATIONAMERICANSPIRIT.COM | ACTIVE | | 40375664 | |
| OPERATIONAMERICANSPIRIT.NET | ACTIVE | | 40375664 | |
| OPTICALCLOAKING.NET | INACTIVE | | 34 | |
| PCINX.COM | ACTIVE | | 40375664 | |
| PCINX.NET | INACTIVE | | 34 | |
| RBANTIQUES.NET | ACTIVE | | 40375664 | |
| SUBMARINEDETECTION.COM | INACTIVE | | 34 | |
| SUBMARINEDETECTION.NET | ACTIVE | | 40375664 | |
| THEUNTOLDSTORY.NET | ACTIVE | | 40375664 | |
| THEYELLOWSTONECLUB.NET | ACTIVE | | 40375664 | |
| WHOLEARTH.NET | ACTIVE | | 40375664 | |
| YELLOWSTONECLUB.NET | ACTIVE | | 40375664 | |
| YELLOWSTONECLUBSCANDAL.COM | ACTIVE | | 40375664 | |

Private Registration

| Name | Status | Locked | Updated By | Expiration Date |
|------|--------|--------|-----------|-----------------|
| ASISPORTSINFO.COM | ACTIVE | | 42188534 | 7/2/2013 |
| BILLPEARPOINT.COM | ACTIVE | | 42188534 | ######## |
| CLOAKIT.NET | ACTIVE | | 42188534 | 7/4/2013 |
| DROUTER.NET | ACTIVE | | 40375664 | 1/3/2014 |
| DYNAMICAL.CO | ACTIVE | | 42188534 | ######## |
| DYNAMICALDEVELOPMENT.COM | ACTIVE | | 42188534 | ######## |
| DYNAMICALDEVELOPMENT.NET | ACTIVE | | 42188534 | ######## |
| EROUTER.NET | ACTIVE | | 40375664 | ######## |
| GEOVATIONS.ORG | ACTIVE | | 40375664 | ######## |
| GRATONRANCHERIA.NET | ACTIVE | | 40375664 | ######## |
| MAILBOXESUNLIMITED.NET | ACTIVE | | 40375664 | 8/7/2013 |
| MBRTEK.NET | ACTIVE | | 42188534 | ######## |
| MOVIESTARZ.NET | ACTIVE | | 42188534 | ######## |
| MUSTARDGREENVENTURES.CO | ACTIVE | | 42188534 | ######## |
| MUSTARDGREENVENTURES.COM | ACTIVE | | 42188534 | ######## |
| MUSTARDGREENVENTURES.NET | ACTIVE | | 42188534 | ######## |
| MUSTARDSEEDVENTURES.CO | ACTIVE | | 42188534 | ######## |
| MUSTARDSEEDVENTURES.COM | ACTIVE | | 42188534 | ######## |
| MUSTARDSEEDVENTURES.NET | ACTIVE | | 42188534 | ######## |
| NCODER.NET | ACTIVE | | 40375664 | 5/7/2015 |

Account #27945118 Retail
Person Org Id: 35889332
Offshore Limited D
42829 Cook Street
Palm Desert, CA 92211
US
Phone: 760-341-3289
Fax:
Email: no.valid.email@worldnic.com

Nexus Information
Application: Business (for profit) Use (FOR_PROFIT_BUSINESS_USE)
Category: Entity doing business in the US (NON_US_ENTITY_LAWFUL_ACTIVITY)
List of Products - Status View
Switch to Financial View                          Show Deleted Products
(showing items 101 - 145 of 145, page 2 of 2)    First      Previous              1          2
Private Registration

| Name | Status | Locked | Updated By | Expiration Date |
|------|--------|--------|-----------|-----------------|
| OPTICALCLOAKING.NET | INACTIVE | | 34 | ######## |
| PCINX.COM | ACTIVE | | 40375664 | 3/9/2014 |
| PCINX.NET | INACTIVE | | 34 | 3/9/2013 |
| RBANTIQUES.NET | ACTIVE | | 40375664 | ######## |
| SUBMARINEDETECTION.COM | INACTIVE | | 34 | 3/4/2013 |

| | | | |
|---|---|---|---|
| SUBMARINEDETECTION.NET | ACTIVE | 42188534 | ######## |
| THEUNTOLDSTORY.NET | ACTIVE | 40375664 | ######## |
| THEYELLOWSTONECLUB.NET | ACTIVE | 40375664 | ######## |
| WHOLEARTH.NET | ACTIVE | 42188534 | ######## |
| YELLOWSTONECLUB.NET | ACTIVE | 40375664 | ######## |
| YELLOWSTONECLUBSCANDAL.COM | INACTIVE | 52022411 | 1/9/2014 |

nsHosting

| Name | Status | Locked | Updated By | Expiration Date |
|---|---|---|---|---|
| 02E3F61.NETSOLHOST.COM | ACTIVE | | 34 | ######## |
| Professional Web Hosting-Unix | | | | |
| 0334270.NETSOLHOST.COM | ACTIVE | | 34 | 4/5/2013 |
| Premium Web Hosting-Unix | | | | |
| 036DDE3.NETSOLHOST.COM | ACTIVE | | 34 | ######## |
| Premium Web Hosting-Unix | | | | |

nsMarketing

| Name | Status | Locked | Updated By | Expiration Date |
|---|---|---|---|---|
| http://BILLPEARPOINT.COM | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://CARDIACNETWORK.CO | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://CARDIACNETWORKS.CO | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://CARDIACNETWORKS.NET | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://DROUTER.NET | ACTIVE | | 43630135 | |
| Business Profile | | | | |
| http://DYNAMICAL.CO | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://DYNAMICALDEVELOPMENT.COM | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://DYNAMICALDEVELOPMENT.NET | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://EROUTER.NET | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://ISTVANBURGYAN.NET | ACTIVE | | 43630135 | |
| Business Profile | | | | |
| http://MBRTEK.NET | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://MUSTARDGREENVENTURES.CO | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://MUSTARDGREENVENTURES.COM | ACTIVE | | 40375664 | |
| Business Profile | | | | |
| http://MUSTARDGREENVENTURES.NET | ACTIVE | | 40375664 | |

Business Profile
http://MUSTARDSEEDVENTURES.CO               ACTIVE              40375664
Business Profile
http://MUSTARDSEEDVENTURES.COM              ACTIVE              40375664
Business Profile
http://MUSTARDSEEDVENTURES.NET              ACTIVE              40375664
Business Profile
http://OPTICALCLOAKING.NET                  ACTIVE                 1017
Business Profile
http://PCINX.COM                            ACTIVE              40375664
Business Profile
http://PCINX.NET                            ACTIVE              40375664
Business Profile
http://SUBMARINEDETECTION.COM               ACTIVE              40375664
Business Profile
http://SUBMARINEDETECTION.NET               ACTIVE              40375664
Business Profile
http://WHOLEARTH.NET                        ACTIVE              40375664
Business Profile

Generic Products

| Name | Status | Locked | Updated By | Expiration Date |
|------|--------|--------|-----------|-----------------|
| nsWebstats - nsWebstats | INACTIVE | | 40375664 | |
| nsWebstats - nsWebstats | INACTIVE | | 40375664 | |
| Reinstatement Fee | ACTIVE | | 1017 | |
| Reinstatement Fee | ACTIVE | | 40375664 | |
| Reinstatement Fee | ACTIVE | | 40375664 | |
| Reinstatement Fee | ACTIVE | | 40375664 | |
| Reinstatement Fee | ACTIVE | | 40375664 | |
| Reinstatement Fee | ACTIVE | | 40375664 | |

| | | | | |
|---|---|---|---|---|
| Next | Last | All | | |
| Special | Order History | Alliance | Branding M | Domain Expiration Protection |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product' Migration I | | | UNPROTECTED |
| | History of the Product' Migration I | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product' Migration I | | | UNPROTECTED |
| | History of the Product' Migration I | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product' Migration I | | | UNPROTECTED |
| | History of the Product' Migration I | | | UNPROTECTED |
| | History of the Product' Migration I | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |
| | History of the Product's Orders | | | UNPROTECTED |

Special     Order       Alliance    Branding Migration
            History
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders
            History of the Product's Orders

Special	Order	Alliance	Branding Migration
History
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders

Next	Last	All

Special	Order	Alliance	Branding Migration
History
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders

History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders


Special      Order      Alliance      Branding Migration
             History
             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders


Special      Order      Alliance      Branding Migration
             History
             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

             History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

History of the Product's Orders

| Special | Order | Alliance | Branding Migration |
|---------|-------|----------|--------------------|
| | History | | |

History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders
History of the Product's Orders