# Exhibit 7

1

*The Honorable James L. Robart*

2

3

4

5

6

7
IN THE UNITED STATES DISTRICT COURT

8
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10
ATIGEO LLC, a Washington limited liability
company; and MICHAEL SANDOVAL, an
individual,

Case No. 2:13-cv-01694-JLR

11

12
Plaintiffs,

**ATIGEO LLC'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
DIRECTED TO DEMARATECH LLC
*AND ANSWERS AND RESPONSES
THERETO***

v.

13
OFFSHORE LIMITED D, a California
business organization, form unknown;
OFFSHORE LIMITED D, a California
partnership; DENNIS MONTGOMERY,
individually and as a partner of Offshore
Limited D; ISTVAN BURGYAN, individually
and as a partner of Offshore Limited D;
DEMARATECH, LLC, a California limited
liability company; and DOES 1-10, inclusive,

14

15

16

17

18

Defendants.

19

20
TO:        Defendant Demaratech LLC;

21
AND TO:   Paul Edward Brain, counsel for Defendant.

22
        Plaintiff Atigeo LLC ("Atigeo") submits the following written interrogatories and

23
requests for production to Defendant Demaratech LLC.  Pursuant to Federal Rules of Civil

24
Procedure 26, 33, and 34, these discovery requests must be answered in writing and under oath,

25
within thirty (30) days after the date of service hereof.

26
        The inspection and photocopying of the requested DOCUMENTS shall be at the offices

27
of Atigeo's attorneys of record, Stoel Rives LLP, 600 University Street, Suite 3600, Seattle,

28

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 1

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

**Tellis Dec. Ex. 7, Page 1 of 22**

Washington 98101, or at such other place as mutually agreed upon by counsel.  Inspection and copying will be conducted by counsel for Atigeo or its agents from time to time until completion.

## INSTRUCTIONS

1.       Whenever a reference to a business entity appears, the reference shall mean the business entity, any predecessor or successor entity, any names under which the business entity was previously known, and the business entity's affiliated companies, partnerships, divisions, subdivisions, directors, officers, employees, agents, clients or other representatives of affiliated third parties.

2.       If the production of any requested document specified herein is objected to on the grounds that it is burdensome and/or oppressive, please set forth the following information:

   a.       The precise reason why the document requested poses a special burden to Defendant in its production;

   b.       The approximate number of documents which meet the request; and

   c.       The location(s) of the documents which have been requested.

3.       Privilege/Redaction Log:  It is not Atigeo's intention to request production of privileged matter.  In the event that any document requested herein is objected to on the grounds that it is privileged in whole or in part, please set forth the following information:

   a.       Describe in detail the nature and contents of the document;

   b.       The date each document bears;

   c.       The name, occupation, and capacity of the individual from whom the privileged matter emanated;

   d.       All persons or entities to whom the document was addressed or dictated; and

   e.       A clear and concise statement as to the grounds upon which a claim of privilege is based.

4.       The information sought in these discovery requests is intended to include any and all witnesses and information known to you.  As required by Federal Rules of Civil

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 2

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 2 of 22

Procedure 26 and 34, the documents to be produced in response to these requests specifically embrace, in addition to documents within your possession, custody or control, documents within the possession, custody or control of any of your agents, accountants, representatives or attorneys. Such documents also embrace originals and identical copies (whether different from the original because of notes made thereon or otherwise) of the documents described in these requests.

5. If any requested document was, but is no longer, in your possession, custody, or control, state what disposition was made of it, the reason for such disposition, and identify all persons or entities you believe to have possession, custody, or control of the document or any copies. If you do not know, or cannot recall, whether particular responsive documents exist, or if such documents are missing, state the efforts made to ascertain their existence.

6. As required by Federal Rules of Civil Procedure 26(b) and 34(b), produce all Documents and Electronically-Stored Information in their original files as they are kept in the ordinary course of business or, alternatively, organized and labeled to specifically indicate the Discovery Request(s) to which each such document is being produced. Identify all Documents and Electronically-Stored Information by Bates number for each Discovery Request. If any Document and Electronically-Stored Information produced has been removed from its original location, indicate on each document produced, or in an index or other convenient manner, the location where such document was found.

7. The following requests are continuing in nature and in the event you become aware of or acquire additional information relating or referring thereto, such additional information is to be promptly produced as permitted by Federal Rule of Civil Procedure 26.

### DEFINITIONS

1. The terms "COMMUNICATION" and "COMMUNICATIONS" shall include any letter, facsimile, memorandum, note, electronic mail, audio or video recording of a conversation, or any other recording, in any medium, of any message, including drafts, whether sent or not sent.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 3

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

**Tellis Dec. Ex. 7, Page 3 of 22**

2.      The terms "DOCUMENT" or "DOCUMENTS" encompass all forms of tangible expression, including, without limitation, all written, recorded, printed, typed, transcribed, filmed, digitized, or graphic matter and all other tangible things and media upon which any handwriting, typing, printing, drawing, representation, electrostatic or other copy, sound or video recording, magnetic or electrical impulse, visual reproduction or communication is recorded, reproduced or represented, including, but not limited to, books, records, correspondence, reports, memoranda, electronic mail (e-mail), contracts, tables, tabulations, graphs, charts, diagrams, plans, schedules, appointment books, calendars, diaries, time sheets, reports, studies, analyses, drafts, telegrams, teletype or telecopy messages, files, telephone logs and messages, checks, microfilms, microfiche, pictures, photographs, printouts, electronic data compilations, tapes, diskettes, drives, removable media, notes, minutes or transcripts of proceedings.  Documents shall include originals and all non-identical copies (whether different from the original because of notes made in or attached to such copy, or otherwise), all other data and metadata compilations from which information can be obtained (translated, if necessary into useable form), and any preliminary versions, drafts, or other revisions of any of the foregoing.

3.      "DOCUMENTS AND ELECTRONICALLY-STORED INFORMATION" shall include the above meaning of the term DOCUMENTS and shall mean mean the original, all copies, and all translations of any writing, drawings, graphs, sound recordings, images, and other data, metadata or data compilations stored in any medium (paper or other tangible format, as well as any electronic format) from which information can be obtained.  "DOCUMENTS AND ELECTRONICALLY-STORED INFORMATION" includes, for example (and not by way of limitation) paper documents, photographs, microfilm, microfiche, email, computer tapes, computer printouts, spreadsheets, calendars, appointment books, lists, tabulations, surveys, all other records kept by electronic, photographic or mechanical means, and things similar to the foregoing, however denominated.  "ELECTRONICALLY-STORED INFORMATION" includes without limitation email, voicemail, documents, spreadsheets, calendars, and any other information existing in any electronic format (e.g., Word, Excel, Outlook, .pdf, HTML, .tif, .jpeg, .wav).

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 4

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

**Tellis Dec. Ex. 7, Page 4 of 22**

4.     The term "SUBJECT DOMAIN NAMES" shall mean any and all of the domain names associated with Defendants' accused wrongful acts, as alleged in the operative version of the complaint in this case, including but not limited to the following domain names registered through Network Solutions: atigeo.co, gratonresort.net, theuntoldstory.net, yellowstoneclub.net and yellowstoneclubs.net.

5.     The term "SUBJECT WEBSITES" shall mean any and all of the following websites associated with Defendants' accused wrongful acts, as alleged in the operative version of the complaint, including but not limited to the following websites: www.atigeo.co, www.gratonresort.net,        www.theuntoldstory.net,        www.yellowstoneclub.net        and www.yellowstoneclubs.net.

6.     "PERSON" means any natural person, firm, association, partnership, limited liability partnership, proprietorship, corporation, company, limited liability company, or any other business or legal entity, and includes any and all of such person's directors, officers, employees, agents, attorneys, accountants, consultants, and/or other representatives.

7.     "IDENTIFY."

a.     "IDENTIFY," when used in the context of identifying a natural person, means to state the person's (i) full name, (ii) present or last known business and residence addresses, (iii) present or last known business, residence, and cellular telephone numbers, and (iv) present or last known employer, job title or (if the job title is unknown to you) the nature or description of the position occupied by the person.

b.     "IDENTIFY," when used in the context of identifying an entity, association, partnership, or other organization rather than a natural person, means to state (i) the organization's full name, (ii) the address and telephone number of its primary place of business; (iii) each address where the organization is located where you have had contact with it that is or may be material to this matter; (iv) each telephone number you have used to contact the organization; (v) the state of the organization's formation, and (vi) all known natural persons who own, operate, and/or control the organization to the best of your knowledge, information, and belief and, with respect to each natural person with whom either of you has had contact, the person's (A) full name, (B) present or last known business and residence addresses, (C) present or last known business, residence, and cellular telephone numbers, and (D) present or last known employer, job title or (if the job title

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 5

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

**Tellis Dec. Ex. 7, Page 5 of 22**

is unknown to you) the nature or description of the position occupied by the person.

c.    "IDENTIFY," when used in the context of identifying a document, means to provide sufficient information to permit unambiguous identification of the document, including, without limitation, the document's (i) form (*i.e.*, letter, memorandum, handwritten notes, typewritten notes, report, analysis, etc.), (ii) title (if any), (iii) date, (iv) author, and (v) addressee or intended recipient, if any, and (vi) current location.

d.    "IDENTIFY," when used in the context of identifying a communication, means to provide sufficient information to permit unambiguous identification of the communication, including without limitation  (i) the date of the communication, (ii) the manner in which the communication took place (*i.e.*, whether the communication took place through a meeting, telephone conversation, letter, email, or other form of communication, the form of which you are to specify), (iii) the location of the communication if the communication was in the form of a telephone conversation or meeting, (iv) all parties or persons present at the time of such communication or who participated, overheard, or may have overheard the communication if it was oral, or who have seen or may have seen the communication if it was in writing, and (v) the subject matter and substance of the communication.

8.    The term "including" is to be considered without limitation.

9.    The terms "and" and "or" are to be considered conjunctively and disjunctively. The singular form of a noun or pronoun includes the plural form and vice versa.  The term "or" is understood to include and encompass "and."  "Any" is understood to include and encompass "all."  The word "all" also includes "each" and vice versa.

10.    The term "REGARDING" any given subject shall mean, without limitation, identifying, describing, discussing, assessing, stating, referring, constituting, containing, concerning, embodying, and/or referring directly or indirectly to, in any way, the particular subject matter.

11.    Each of the terms "REFER TO," "RELATE TO," "RELATING TO," or "REGARDING" means and includes any logical or factual connection with the matter identified or discussed.  These terms include all matters or things that in any way discuss, are connected to, arise from, reflect, summarize, evaluate, comment on, and/or tend to prove or disprove the subject or object of the particular discovery request in which any of these terms is used.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 6

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 6 of 22

1    12.    "YOU," "YOUR," or "DEFENDANT" means and includes Defendant

2   Demaratech LLC, and all agents, related entities, owners, affiliates, representatives, accountants,

3   attorneys, and any other person who, or entity that, is affiliated with, has acted, and/or is acting

4   for or on behalf of one or more of the following:  Demaratech LLC.

5    13.    "PLAINTIFFS" means and includes Atigeo LLC and/or Michael Sandoval and

6   all agents, related entities, owners, affiliates, representatives, accountants, attorneys, and any

7   other person who, or entity that, is affiliated with, has acted, and/or is acting for or on behalf of

8   Atigeo LLC and/or Michael Sandoval.

9    14.    "DEFENDANTS" means and includes Offshore Limited D, Dennis Montgomery,

10  Istvan Burgyan, Demaratech LLC, and/or Does 1-25 and all agents, related entities, owners,

11  affiliates, representatives, accountants, attorneys, and any other person who, or entity that, is

12  affiliated with, has acted, and/or is acting for or on behalf of Offshore Limited D, Dennis

13  Montgomery, Istvan Burgyan, Demaratech LLC, and/or Does 1-25.

## INTERROGATORIES

14

15  **INTERROGATORY NO. 1:**  IDENTIFY and describe with particularity all devices, servers,

16  and methods (specifically hardware, software, and systems), including location, used to store the

17  documents referenced in Defendants' Initial Disclosures and the documents produced in

18  response to Atigeo's Requests for Production in the above-captioned case.

19
     **ANSWER:**  None.
20

21                       **REQUESTS FOR PRODUCTION**

22  **RFP NO. 1:**   Please produce all DOCUMENTS REGARDING the formation of Offshore

23  Limited D.

24       **RESPONSE:**   Demaratech LLC ("Demaratech") is in possession of no responsive
         documents.
25

26

27

28

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 7

**Tellis Dec. Ex. 7, Page 7 of 22**

1   **RFP NO. 2:**   Please produce all DOCUMENTS REGARDING the ownership of Offshore

2   Limited D.

3        **RESPONSE:**  Demaratech is in possession of no responsive documents.

4

5   **RFP NO. 3:**  Please produce all minutes of meetings conducted by Offshore Limited D.

6        **RESPONSE:**  Demaratech is in possession of no responsive documents.

7

8   **RFP NO. 4:**   Please produce all DOCUMENTS reflecting the employees of Offshore

9   Limited D.

10        **RESPONSE:**  Demaratech is in possession of no responsive documents.

11

12   **RFP NO. 5:**   Please produce all DOCUMENTS reflecting the directors or officers of Offshore

13   Limited D.

14        **RESPONSE:**  Demaratech is in possession of no responsive documents.

15

16   **RFP NO. 6:**  Please produce all DOCUMENTS reflecting the partners of Offshore Limited D.

17        **RESPONSE:**  Demaratech is in possession of no responsive documents.

18

19   **RFP NO. 7:**  Please produce all operating agreements of Offshore Limited D.

20        **RESPONSE:**  Demaratech is in possession of no responsive documents.

21

22   **RFP NO. 8:**  Please produce all partnership agreements REGARDING Offshore Limited D.

23        **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 8

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 8 of 22

**RFP NO. 9:**   Please produce all DOCUMENTS reflecting Offshore Limited D's place of business.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 10:**   Please produce all DOCUMENTS reflecting any licenses held by Offshore Limited D.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 11:**   Please produce all DOCUMENTS reflecting any permits held by Offshore Limited D.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 12:**  Please produce all shareholder certificates REGARDING Offshore Limited D.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 13:**   Please produce all DOCUMENTS reflecting the domain names owned by Offshore Limited D.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 14:**   Please produce all DOCUMENTS reflecting the websites formed by Offshore Limited D.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 15:**  Please produce all DOCUMENTS REGARDING the formation of Demaratech, LLC

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 9

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

**Tellis Dec. Ex. 7, Page 9 of 22**

**RFP NO. 16:**  Please produce all DOCUMENTS REGARDING the ownership of Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 17:**  Please produce all minutes of meetings conducted by Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 18:**  Please produce all DOCUMENTS reflecting the employees of Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 19:**  Please produce all DOCUMENTS reflecting the directors or officers of Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 20:**  Please produce all operating agreements REGARDING Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 21:**  Please produce all DOCUMENTS reflecting the members of Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 22:**  Please produce all DOCUMENTS reflecting Demaratech, LLC's place of business.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 10

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 10 of 22

**RFP NO. 23:**  Please produce all DOCUMENTS reflecting any licenses held by Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 24:**  Please produce all DOCUMENTS reflecting any permits held by Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 25:**  Please produce all DOCUMENTS reflecting the domain names owned by Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 26:**  Please produce all DOCUMENTS reflecting the websites formed by Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 27:**  Please produce all DOCUMENTS reflecting the domain names owned by you.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 28:**  Please produce all DOCUMENTS reflecting the websites owned by you.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 29:**  Please produce all DOCUMENTS REGARDING the formation of any entity involved in any aspect of the SUBJECT DOMAIN NAMES.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 11

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 11 of 22

**RFP NO. 30:**  Please produce all DOCUMENTS REGARDING the formation of any entity involved in any aspect of the SUBJECT WEBSITES.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 31:**  Please produce all COMMUNICATIONS between you and any person REGARDING Offshore Limited D.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 32:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any person REGARDING Offshore Limited D.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 33:**  Please produce all COMMUNICATIONS between you and any person REGARDING Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 34:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any person REGARDING Demaratech, LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 35:**  Please produce all DOCUMENTS REGARDING the registration or use of the SUBJECT DOMAIN NAMES.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 12

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 12 of 22

**RFP NO. 36:**   Please produce all DOCUMENTS REGARDING the creation or use of the SUBJECT WEBSITES.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 37:**   Please produce all COMMUNICATIONS between you and any person REGARDING the SUBJECT DOMAIN NAMES.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 38:**   Please produce all COMMUNICATIONS between you and any person REGARDING the SUBJECT WEBSITES.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 39:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any person REGARDING the SUBJECT DOMAIN NAMES.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 40:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any person REGARDING the SUBJECT WEBSITES.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 41:**  Please produce all COMMUNICATIONS between you and Network Solutions REGARDING the SUBJECT DOMAIN NAMES.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 13

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 13 of 22

**RFP NO. 42:**  Please produce all COMMUNICATIONS between you and Network Solutions REGARDING the SUBJECT WEBSITES.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 43:**  Please produce all COMMUNICATIONS between you and Network Solutions regarding account number 27945118.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 44:**  Please produce all COMMUNICATIONS between you and any person REGARDING Atigeo LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 45**:  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any person REGARDING Atigeo LLC.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 46:**  Please produce all COMMUNICATIONS between you and any person REGARDING Atigeo LLC's subsidiaries.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 47**:  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any person REGARDING Atigeo LLC's subsidiaries.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 14

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 14 of 22

**RFP NO. 48:**   Please produce all COMMUNICATIONS between you and Atigeo LLC, including communications with any of Atigeo LLC's employees.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 49:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and Atigeo LLC, including communications with any of Atigeo LLC's employees.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 50:**   Please produce all COMMUNICATIONS between you and any person REGARDING Michael Sandoval.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 51:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any person REGARDING Michael Sandoval.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 52:**  Please produce all COMMUNICATIONS between you and Michael Sandoval.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 53:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and Michael Sandoval.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 15

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 15 of 22

**RFP NO. 54:**  Please produce all COMMUNICATIONS between you and Western Capital Partners.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 55:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and Western Capital Partners.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 56:**  Please produce all COMMUNICATIONS between you and Jeff Adams.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 57:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and Jeff Adams.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 58:**  Please produce all COMMUNICATIONS between you and any lawyers representing Western Capital Partners, including Robert Hatch and Joseph Novak.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 59:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any lawyers representing Western Capital Partners, including Robert Hatch and Joseph Novak.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 16

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 16 of 22

**RFP NO. 60:**  Please produce all COMMUNICATIONS between you and Edra Blixseth.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 61:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any lawyers representing Edra Blixseth.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 62:**  Please produce all COMMUNICATIONS between you and Timothy Blixseth.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 63:**  Please produce all COMMUNICATIONS between any pseudonym used by any of your owners, representatives, or employees (including Clark Kent, David Webb, Linda Stevens, nCoder) and any lawyers representing Timothy Blixseth.

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 64:**  Please produce all DOCUMENTS REGARDING the following statement made on the SUBJECT WEBSITES: That Atigeo billed a client for "nonexistent development work."

   **RESPONSE:**  Demaratech is in possession of no responsive documents.


**RFP NO. 65:**  Please produce all DOCUMENTS REGARDING the following statement made on the SUBJECT WEBSITES: That "Edra Blixseth place[d] $7mil into [Atigeo] accounts as 'pre-divorce' money.  Michael Sandoval agree[d] to escrow and 'shelter' the money for Edra Blixseth."

   **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 17

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 17 of 22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RFP NO. 66:**  Please produce all DOCUMENTS REGARDING the following statement made on the SUBJECT WEBSITES: That Michael Sandoval took all of Edra Blixseth's "sheltered" money.

     **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 67:**  Please produce all DOCUMENTS REGARDING the following statement made on the SUBJECT WEBSITES: That Atigeo and Michael Sandoval own three lots on Lake Washington, "purchased with Blixseth money without their consent or knowledge."

     **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 68:**  Please produce all DOCUMENTS REGARDING the following statement made on the SUBJECT WEBSITES: That "Michael Sandoval, with the help of his controller, took the [Blixseth] money to purchase the property on Lake Washington in 2006 without the knowledge or consent of Edra Blixseth.  Michael Sandoval admitted to the wrongdoing in March 2007 after being confronted with the evidence by Edra Blixseth and her associates."

     **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 69:**  Please produce all DOCUMENTS REGARDING the following statement made on the SUBJECT WEBSITES: That Atigeo and Michael Sandoval "still owe the Blixseth estate $8 [million]."

     **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 70:**  Please produce all DOCUMENTS REGARDING the lawsuit known as *Edra Blixseth v. xPatterns et al.,* King County Superior Court Case No. 08-2-18034-4.

     **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 18

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

**Tellis Dec. Ex. 7, Page 18 of 22**

**RFP NO. 71:**   Please produce all DOCUMENTS supporting the statements made in the document entitled "Declaration of Istvan Burgyan in Support of Motion for Summary Judgment," dated December 23, 2013 in the above-captioned case.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 72:**   Please produce all DOCUMENTS supporting the statements made in the document entitled "Declaration of Dennis Montgomery In Support of Motion to Dismiss and Special Motion to Strike," filed in the above-captioned case on November 22, 2013.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 73:**   Please produce all insurance policies, which you contend may be relevant or satisfy all or part of a possible judgment in the above-caption matter, or which reimburse you for payments made in defense costs or to satisfy a possible judgment in the above-captioned matter.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 74:**   Please produce all correspondence regarding or relating to insurance policies, which you contend may be relevant or satisfy all or part of a possible judgment in the above-caption matter, or which reimburse you for payments made in defense costs or to satisfy a possible judgment in the above-captioned matter.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

**RFP NO. 75:**  Please produce all DOCUMENTS identified in Defendants' Initial Disclosures in the above-captioned case.

    **RESPONSE:**  Demaratech is in possession of no responsive documents.

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 19

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 19 of 22

1   **RFP NO. 76:**  Please produce all DOCUMENTS regarding the affirmative defenses referenced

2   in Defendants' Initial Disclosures in the above-captioned case.

3        **RESPONSE:**  Demaratech is in possession of no responsive documents.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO*
(Case No. 2:13-cv-01694-JLR) – Page 20

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 20 of 22

1

**VERIFICATION**

2
3
STATE OF WASHINGTON            )
                              ) ss.
COUNTY OF KING                 )

4
5
_____, _____ for Defendant Demaratech LLC, being first duly sworn, on oath deposes and says:

6
7
8
9
That I am _____; that I have read the foregoing Interrogatories and Requests for Production of Documents and the answers and responses thereto and have reviewed the documents produced, know the contents thereof, and believe the answers to the Interrogatories and responses to the Requests to be true and the documents produced complete.

10
11
Signature:_____
Name Printed:_____

12
SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2014.

13
14
15
16
Signature:_____
Name Printed:_____
NOTARY PUBLIC in and for the State of Washington, residing at _____
My appointment expires:_____

17
18
**STATEMENT OF ATTORNEY**

19
20
The undersigned hereby states that he is the attorney for the party answering the above propounded Interrogatories and responding to the Interrogatories and Requests for Production of Documents, and that all objections, if any, set forth in response to said Interrogatories and Requests were made by the undersigned as required by CR 26(g).

21
22
DATED this 7th day of February, 2014.

23
BRAIN LAW FIRM PLLC

24
25
By:_____
Paul E. Brain, WSBA #13438

26
27
Counsel for Defendants Offshore Limited D and Demaratech LLC

28

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO* (Case No. 2:13-cv-01694-JLR) – Page 21

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021

Tellis Dec. Ex. 7, Page 21 of 22

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that I am a citizen of the United States of America and a resident of the State of Washington, am over the age of twenty-one years, am not a party to this action, and am competent to be a witness herein.

3

4

I hereby certify that I have this 7th day of February, 2014, served a true and correct copy of the foregoing document upon counsel of record, via email and U.S. First Class Mail postage prepaid, properly addressed as follows:

5

6

| | |
|---|---|
| Brian C. Park<br>Maren R Norton<br>Hunter O. Ferguson<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA  98101-4109 | bcpark@stoel.com, melissawood@stoel.com, sea_docket@stoel.com, hoferguson@stoel.com, jawoolms@stoel.com, ldlomax@stoel.com, mrnorton@stoel.com |
| Roland Tellis<br>Baron & Budd PC<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA  91436 | rtellis@baronbudd.com |
| Shellie McGaughey<br>McGaughey Bridges Dunlap PLLC<br>325 - 118th Avenue SE, Suite 209<br>Bellevue, WA  98005-3539 | shellie@mcbdlaw.com, katie@mcbdlaw.com |

7

8

9

10

11

12

13

14

15

16

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

17

18

DATED this 7th day of February, 2014, at Tacoma, Washington.

19

20

Paul E. Brain, WSBA #13438
Brain Law Firm PLLC
1119 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Tel: 253-327-1019 / Fax: 253-327-1021
Email: pbrain@paulbrainlaw.com

21

22

23

24

25

26

27

28

ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEMARATECH LLC *AND ANSWERS AND RESPONSES THERETO* (Case No. 2:13-cv-01694-JLR) – Page 22

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON  98402
TEL: 253-327-1019 / FAX: 253-327-1021