# Exhibit 3

## CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

AN AGREEMENT BETWEEN _Dennis Montgomery_ AND THE UNITED STATES
(Name of Individual — Printed or typed)

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 12958, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in Sections 1.1, 1.2, 1.3 and 1.4(e) of Executive Order 12958, or under any other Executive order or statute that requires protection for such information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of information or last granting me a security clearance that such disclosure is permitted. I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of Sections 641, 793, 794, 798, *952 and 1924, Title 18, United States Code, *the provisions of Section 783(b), Title 50, United States Code, and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication or revelation of classified information not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law. I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information. If I do not return such materials upon request, I understand that this may be a violation of Sections 793 and/or 1924, Title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

(Continue on reverse.)

10. These restrictions are consistent with and do not supersede, conflict with or otherwise alter the employee obligations, rights or liabilities created by Executive Order 12958, Section 7211 of Title 5, United States Code (governing disclosures to Congress); Section 1034 of Title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); Section 2302(b) (8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that expose confidential Government agents), and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, 952 and 1924 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 U.S.C. Section 783(b)). The definitions, requirements, obligations, rights, sanctions and liabilities created by said Executive Order and listed statutes are incorporated into this Agreement and are controlling.

11. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this agreement and its implementing regulation (32 CFR Section 2003.20) so that I may read them at this time, if I so choose.

| SIGNATURE | DATE 9/16/03 | SOCIAL SECURITY NUMBER (See Notice below) |
|---|---|---|

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE: NAME, ADDRESS, AND, IF APPLICABLE, FEDERAL SUPPLY CODE NUMBER) (Type or print)

eTREPAD TECHNOLOGIES, LLC    3C5X0
755 TRADEMARK DR.
RENO, NV 89521

| WITNESS | ACCEPTANCE |
|---|---|
| THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED. | THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT. |
| SIGNATURE / DATE 16 Sept 03 | SIGNATURE / DATE 16 Sept 03 |
| NAME AND ADDRESS (Type or print) Defense Security Svc. (S41 PY) 4349 Duffer Drive Nellis AFB NV 89191 | NAME AND ADDRESS (Type or print) SAME |

### SECURITY DEBRIEFING ACKNOWLEDGEMENT

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|
| NAME OF WITNESS (Type or print) | SIGNATURE OF WITNESS |

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Account Number (SSN) is Executive Order 9397. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above or 2) determine that your access to the information indicated has terminated. Although disclosure of your SSN is not mandatory, your failure to do so may impede the processing of such certifications or determinations, or possibly result in the denial of your being granted access to classified information.

*NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.

STANDARD FORM 312 BACK (Rev. 1-00)

# Person Summary

## MONTGOMERY, DENNIS LEE

SSN:  
Eligibility: Top Secret, 2004 02 21, DISCO  
Investigation: SSBI, 2004 02 13, DSS  
Open Investigation: NLC, 2003 04 04, DSS  
Date EPSQ Sent: N/A  
Incident Report: N/A  
Polygraph: N/A  
Foreign Relation: N/A  

Date of Birth: 1953 07 11  
Place of Birth: Arkansas  
Citizenship: U.S. Citizen  
NdA Signed: No  
NdS Signed: No  
Attestation Date: N/A  

## Person Category

Industry (KMP) 3C5X0-I

Category Classification: KMP  
Organization: 3C5X0-I, ETREPPID TECHNOLOGIES LLC, 755 Trade Mark Drive, Reno, NV, 89521  

Occupation Code: N/A  
SA: N/A  
Arrival Date: N/A  
Office Phone Comm: N/A  
Separation Date: N/A  
Separation Status: N/A  
Interim: N/A  
PSP: No  
SCI SMO: N/A  
Non-SCI SMO: N/A  
Servicing SMO: No  

Office Symbol: N/A  
Grade: N/A  
PS: N/A  
Office Phone DSN: N/A  
RNLTD: N/A  
TAFMSD: N/A  
Proj. Departure Date: N/A  
Proj. UIC/RUC/PASCODE: N/A  

**Report Incident**                                **In/Out Process**

| Non-SCI Access | | SCI Access |
|---|---|---|
| US: N/A  | NATO: N/A | SPA: N/A |
| CNWDI: N/A | SIOP: N/A | Access: No |
| PRP: N/A | Restricted Data: N/A | |
| SIGMA 16: N/A | | |
| IT: N/A | Public Trust: N/A   Child Care: N/A | |

## Investigation Summary
SSBI from DSS, Opened: 2003 04 04 Closed 2004 02 13  
NAC from DSS, Opened: Closed 2003 04 29  

## Adjudication Summary
PSI Adjudication of SSBI DSS, Opened 2003 04 04, Closed 2004 02 13, determined Eligibility of Top Secret on 2004 02 21 DISCO

PSI Adjudication of NAC DSS, Opened , Closed 2003 04 29, determined Eligibility of Interim Top Secret on 2003 12 29 DISCO

# Person Summary

## MONTGOMERY, DENNIS LEE

**SSN:**
**Eligibility:** Top Secret, 2004 02 21, DISCO
**Investigation:** SSBI, 2004 02 13, DSS
**Open Investigation:** NLC, 2003 04 04, DSS
**Date EPSQ Sent:** N/A
**Incident Report:** N/A
**Polygraph:** N/A
**Foreign Relation:** N/A

**Date of Birth:** 1953 07 11
**Place of Birth:** Arkansas
**Citizenship:** U.S. Citizen
**NdA Signed:** No
**NdS Signed:** No
**Attestation Date:** N/A

---

**Person Category:** Industry (KMP) 3C5X0-I
**Category Classification:** KMP
**Organization:** 3C5X0-I, ETREPPID TECHNOLOGIES LLC, 755 Trade Mark Drive, Reno, NV, 89521
**Occupation Code:** N/A
**SA:** N/A
**Arrival Date:** N/A
**Office Phone Comm:** N/A
**Separation Date:** N/A
**Separation Status:** N/A
**Interim:** N/A
**PSP:** No
**SCI SMO:** N/A
**Non-SCI SMO:** N/A
**Servicing SMO:** No

**Office Symbol:** N/A
**Grade:** N/A
**PS:** N/A
**Office Phone DSN:** N/A
**RNLTD:** N/A
**TAFMSD:** N/A
**Proj. Departure Date:** N/A
**Proj. UIC/RUC/PASCODE:** N/A

**Report Incident**     **In/Out Process**

| Non-SCI Access | | SCI Access |
|---|---|---|
| **US:** N/A    **NATO:** N/A | | **SPA:** N/A |
| **CNWDI:** N/A    **SIOP:** N/A | | **Access:** No |
| **PRP:** N/A    **Restricted Data:** N/A | | |
| **SIGMA 16:** N/A | | |
| **IT:** N/A    **Public Trust:** N/A    **Child Care:** N/A | | |

## Investigation Summary
SSBI from DSS, Opened: 2003 04 04 Closed 2004 02 13
NAC from DSS, Opened: Closed 2003 04 29

## Adjudication Summary
PSI Adjudication of SSBI DSS, Opened 2003 04 04, Closed 2004 02 13, determined Eligibility of Top Secret on 2004 02 21 DISCO

PSI Adjudication of NAC DSS, Opened , Closed 2003 04 29, determined Eligibility of Interim Top Secret on 2003 12 29 DISCO



### eTreppid Technologies, LLC

755 Trademark Drive
Reno, NV 89521

www.eTreppid.com

Tel: (775) 337-6771
Fax: (775) 337-1877

To Whom It May Concern:

Name: Dennis Lee Montgomery
SSN:
Date of Birth: 11 July 1953
Place of Birth: Mena, Arkansas
Citizenship: US

The above listed person, Dennis Lee Montgomery, has been granted Top Secret by DISCO effective February 14, 2004 and is therefore authorized to be a courier for material that is classified up to the level of clearance eligibility that he has been granted.

Clearance data and other information furnished is certified to be true and correct and this request is made in the national interest.

**Verified and Approved by:** _____  **Date: 1 June 2005**
**Facility Security Officer:** Sloan S. Venables



## eTreppid Technologies, LLC

755 Trademark Drive
Reno, NV 89521

www.eTreppid.com

Tel: (775) 337-6771
Fax: (775) 337-1877

To Whom It May Concern:

Name: Dennis Lee Montgomery
SSN:
Date of Birth: 11 July 1953
Place of Birth: Mena, Arkansas
Citizenship: US

The above listed person, **Dennis Lee Montgomery**, has been granted **SCI - DCID 6/4** by AFCAF effective **06 October 2005**, and is therefore authorized to be a courier for material that is classified up to the level of clearance eligibility that he has been granted.

Clearance data and other information furnished is certified to be true and correct and this request is made in the national interest.

**Verified and Approved by:** _____ **Date: 10 October 2005**
**Facility Security Officer:** Sloan S. Venables

"*bringing digital to life*"



**eTreppid Technologies, LLC**

755 Trademark Drive
Reno, NV 89521

www.eTreppid.com
Tel: (775) 337-6771
Fax: (775) 337-1877

January 12, 2004

To whom it may concern,

For about four months eTreppid Technologies, LLC (the "Company") has been providing assistance and information (including that related to the Company's technology, know-how, business and processes) pursuant to an agreement with the CIA (the "Government"). As part of the consideration for providing such assistance and information, the Government agreed that eTreppid Technologies' identity as a contractor and source of the assistance and information as well as the information supplied by the Company would be kept confidential, would only be disclosed to individuals within the government on a need to know basis only, and would not be revealed to the public under the Freedom of Information Act or otherwise. The purpose of this letter agreement is to confirm in writing the understanding between the parties.

It is our current intent to continue to work with the Government with regard to this matter. This will confirm that the U.S. Government agrees not to make any attempt to unilaterally use or otherwise take technology, intellectual property or other property or assets owned by eTreppid Technologies. In addition, the Government agrees that it will negotiate in good faith an agreement that sets forth future services (including technology and intellectual property) to be provided by the Company and the compensation to be paid for such future services as well as services already rendered.

eTreppid Technologies, LLC

By: Warren Trepp, CEO

US Government

By:

Edward B. Charbonneau
Associate DDS&T for Technical Operations

Central Intelligence Agency
Washington, DC 20505

(703) 482-4848
Fax: (703) 482-6350

*"bringing digital to life"*