**From:** Katie DeVoe [mailto:Katie@mcbdlaw.com]
**Sent:** Thursday, May 29, 2014 12:33 PM
**To:** Park, Brian C.; Shellie McGaughey; Peter Nierman; Paul Brain; Jill Davenport
**Subject:** Atigeo v. Montgomery, et al.

Mr. Park,

Attached please find correspondence from Ms. McGaughey this date.  A hard copy will follow via legal messenger.

Thank you,

Katie DeVoe
Paralegal
325 – 118th Avenue Southeast
Suite #209
Bellevue WA. 98005
Phone: 425-462-4000
Fax: 425-637-9638



NOTICE: The information contained in this message and any attachments may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this communication or any of its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting this message, any attachments, and all copies and backups from your computer. If you have received this communication in error and are unable to reply to this message, please notify the sender immediately by telephone at (425) 462-4000. Thank you.

# McGaughey Bridges Dunlap PLLC

Trial Attorneys



May 29, 2014

*Via E-mail followed by Legal Messenger*

Brian C. Park
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101

Re:   *Atigeo, LLC & Michael Sandoval v. Dennis Montgomery and Istvan Burgyan*
      Western Washington District Court Cause # 2:13-cv-01694

Dear Brian:

Thank you for your email yesterday regarding the depositions of Istvan, Christopher Shockey and Edra Blixeth. As you know, my client has been very ill. When we last actually spoke Mr. Montgomery was headed for surgery. I wanted to update you on what his health condition currently is and the update I received yesterday.

On May 14, 2014, Dennis had brain surgery/procedure to address a brain aneurysm. While in ICU he had a stroke and required another surgery on May 16. Unfortunately he had another stroke on May 18 and is currently blind in his left eye and cannot move his left arm or leg. We have been advised that he will likely be in the neuro rehab unit of Swedish Hospital for maybe a month. I am going to try to visit him in the next couple of days and will provide you a more detailed update then.

I have been reluctant to suggest a discovery stay but wanted to alert you to my client's pending health issues. This has affected our ability to travel to California to look for responsive documents concerning Demaratech, LLC. While we had plans for Mr. Burgyan to visit California that has been put on hold to address and allow Istvan to assist Mr. Montgomery and his immediate family in fighting his serious health issues. I will update you as to his condition in the next few days. I have asked for permission to interface with Mr. Montgomery's doctor and hope to have a more detailed status shortly.

While we have tried to get Istvan to commit to a date to travel to California so that we can proceed in your request for his deposition Mr. Burgyan has stated that given the severity of Dennis' current condition he cannot leave the area right now.

Brian Park
May 29, 2014
Page 2

I am sure you share our wish for Mr. Montgomery's speedy recovery. I wanted to alert you to this grave situation. Please feel free to call me or I will contact you as soon as I have an update.

Very truly yours,

McGAUGHEY BRIDGES DUNLAP, PLLC

Shellie McGaughey
Attorney at Law

cc:  Paul Brain (via e-mail only)
     Debbie Roy (via e-mail only; Claim No. 47-24Q1-528)
     Cynthia Salvador (via e-mail only; Claim No. 47-24Q1-528)