| | |
|---|---|
| **From:** | Park, Brian C. |
| **Sent:** | Thursday, May 29, 2014 3:26 PM |
| **To:** | Shellie McGaughey; Peter Nierman; Paul Brain; Jill Davenport |
| **Cc:** | rtellis@baronbudd.com; Norton, Maren R.; Ferguson, Hunter O.; Park, Brian C. |
| **Subject:** | FW: Atigeo v. Montgomery, et al. |
| **Attachments:** | Park 052914.pdf |

Shellie:

Thanks for your letter.  We are very sorry to hear about Mr. Montgomery's medical issues.  Please keep us posted after you have spoken to his doctors and learned more information.

In terms of the deposition of Istvan, we understand he needs to be around his father-in-law in light of the medical issues.  We have no desire to take him away from that.  At the same time, you understand that we do not want him to renew a motion for summary judgment under the schedule set forth by the Court if he has not allowed Plaintiffs an opportunity to conduct discovery, review documents, or take a deposition.  We see that he also served Plaintiffs with his own discovery requests today.

We suggest the following agreement:  Mr. Burgyan will not renew his motion for summary judgment until such time as Plaintiffs have had discovery, received/reviewed all responsive documents (including those from Mr. Burgyan's California storage locker), and taken his deposition.  And, to the extent that process is delayed, the timetable for Plaintiffs responses to Mr. Burgyan's discovery requests, which seek information about many of those same topics, will likewise be extended.  That seems to address both sides concerns in a fair and sensitive manner.

To get the ball rolling, we will plan to serve the notice of deposition of Mr. Burgyan tomorrow along with the Shockey subpoena/notice of deposition, but it will be subject to the proviso that the deposition of Mr. Burgyan will not occur until the parties find a *mutually agreeable* day and time, which we had already agreed to before anyway.

Let us know your thoughts.  Thanks.

Best regards,
Brian

---

**From:** Katie DeVoe [mailto:Katie@mcbdlaw.com]
**Sent:** Thursday, May 29, 2014 12:33 PM
**To:** Park, Brian C.; Shellie McGaughey; Peter Nierman; Paul Brain; Jill Davenport
**Subject:** Atigeo v. Montgomery, et al.

Mr. Park,

Attached please find correspondence from Ms. McGaughey this date.  A hard copy will follow via legal messenger.

Thank you,

Katie DeVoe
Paralegal
325 – 118th Avenue Southeast
Suite #209
Bellevue WA. 98005
Phone: 425-462-4000
Fax: 425-637-9638



McGAUGHEY BRIDGES DUNLAP PLLC
TRIAL ATTORNEYS

NOTICE: The information contained in this message and any attachments may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this communication or any of its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting this message, any attachments, and all copies and backups from your computer. If you have received this communication in error and are unable to reply to this message, please notify the sender immediately by telephone at (425) 462-4000. Thank you.