The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ATIGEO LLC, a Washington limited liability company; and MICHAEL SANDOVAL, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>OFFSHORE LIMITED D, a California business organization, form unknown; OFFSHORE LMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D; ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | NO. 2:13-cv-01694<br><br>**DEFENDANT ISTVAN BURGYAN'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF ATIGEO LLC'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

Istvan Burgyan (hereinafter "Burgyan" or "defendant"), by and through his counsel of record, hereby supplements his responses to Atigeo's Second Interrogatories and Request for Production. Defendant incorporates by reference his prior general objections and responses to Atigeo's Second Interrogatories and Request for Production.

DEFENDANT ISTVAN BURGYAN'S FIRST
SUPPLEMENTAL RESPONSES TO PLAINTIFF
ATIGEO LLC'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION -1-

McGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

**INTERROGATORY NO. 2:** Describe in complete detail the entity Demaratech LLC, including but not limited to, stating who was involved in and consulted about formation, what state it was formed in, who the officers/directors/owners are, what each person's role was, whether any (written or oral) agreement or consideration exists, when these events occurred, for what purpose, and what documents exist relating to the entities.

**ANSWER:** Objection. This Interrogatory is vague and ambiguous as to what information plaintiffs are seeking with regard to "what documents exists relating to the entities." Defendant will assume plaintiff is seeking documents regarding agreements with Demaratech's business partners and clientele. Without waiving said objection, defendant is not in possession of any such documents. Demaratech LLC was a technology company formed in California during 2009. Defendant was its sole owner, officer and director. Prior to forming Demaratech, Mr. Burgyan consulted with his father-in-law, Dennis Montgomery, regarding the pros and cons of forming an LLC. Defendant formed Demaratech LLC with the assistance of attorney, Dan Olivier, who is a partner with the law firm Mueller, Olivier and Whittaker. Demaratech has been inactive since 2010 and has no outstanding debts or obligations.

**SUPPLEMENTAL ANSWER:** Mr. Burgyan, accompanied by counsel, searched his two storage units in California on June 9, 2014, for documents regarding Demaratech LLC. The units searched were E112 and B114. For the most part, these units contained miscellaneous family items that were placed into storage after the foreclosure of Mr. Burgyan's home back in 2010. As to Demaratech LLC, there was assorted office furniture and a single folder labeled "Demaratech LLC". This folder was stored in a file cabinet amongst other folders which were unrelated to Demaratech or any issue in this litigation. Documents from the "Demaratech LLC" folder have been produced herein in response to

DEFENDANT ISTVAN BURGYAN'S FIRST
SUPPLEMENTAL RESPONSES TO PLAINTIFF
ATIGEO LLC'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION -2-



McGaughey Bridges Dunlap PLLC
325 – 118TH Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

Request for Production number 1. To the best of defendant's knowledge, no further documents regarding Demaratech exist.

**REQUEST FOR PRODUCTION NO. 1:** Produce all documents related to the "storage facility in California" (referred to in Defendants' responses to Plaintiffs' requests for production), including, but not limited to, all contracts, leases, rental agreements, payment records, invoices, and communications regarding same.

**RESPONSE:** Please find the attached payment receipts for defendants' storage unit in California. Defendant is not in possession of any other documents relevant to this unit.

**SUPPLEMENTAL RESPONSE:** Mr. Burgyan, accompanied by counsel, searched his two storage units in California on June 9, 2014, for documents regarding Demaratech LLC. The units searched were E112 and B114. For the most part, these units contained miscellaneous family items that were placed into storage after the foreclosure of Mr. Burgyan's home back in 2010. As to Demaratech LLC, there was assorted office furniture and a single folder labeled "Demaratech LLC". This folder was stored in a file cabinet amongst other folders which were unrelated to Demaratech or any issue in this litigation. Defendant has attached the documents contained in this folder (Burgyan 1 to 10). To the best of defendant's knowledge, no further documents regarding Demaratech exist.

DATED this 11th day of June, 2014.

McGAUGHEY BRIDGES DUNLAP, PLLC

/s/ Shellie McGaughey
Shellie McGaughey, WSBA #16809
Peter Nierman, WSBA #44636
Attorneys for Defendants

DEFENDANT ISTVAN BURGYAN'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION -3-



McGaughey Bridges Dunlap PLLC
325 – 118th Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

# VERIFICATION

STATE OF WASHINGTON )
                                     ) ss.
COUNTY OF KING            )

Istvan Burgyan, being first duly sworn, on oath deposes and says:

That I am an individual Defendant in the above cause of action; that I have read the foregoing Interrogatories and Requests for Production of Documents and the answers and responses thereto and have reviewed the documents produced, know the contents thereof, and believe the answers to the Interrogatories and responses to the Requests to be true and the documents produced complete.

_____
Signature

_____
Print Name

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2014.

Signature:_____

Name (Print):_____
NOTARY PUBLIC in and for the State of Washington, residing at_____
My appointment expires:_____

# STATEMENT OF ATTORNEY

The undersigned hereby states that he is the attorney for the party answering the above propounded Interrogatories and responding to the Interrogatories and Requests for Production of Documents, and that all objections, if any, set forth in response to said Interrogatories and Requests were made by the undersigned as required by CR 26(g).

DATED this 11th day of June, 2014.

                                                         /s/ Shellie McGaughey
                                                         Name: Shellie McGaughey

DEFENDANT ISTVAN BURGYAN'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF ATIGEO LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION -4-

McGaughey Bridges Dunlap PLLC
325 – 118th Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

# CERTIFICATE OF SERVICE

I certify that on June 11, 2014, I caused the foregoing to be served on the following by the methods indicated:

| | |
|---|---|
| Roland Tellis<br>Peter Smith<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, California, 91436 | ___ Via hand delivery by Legal Messenger<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: Electronic Pacer |
| Brian C. Park<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 | _X_ Via hand delivery by Legal Messenger<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: Electronic Pacer |
| Paul Brain<br>Brain Law Firm PLLC<br>1119 Pacific Avenue, Suite 1200<br>Tacoma, WA 98402 | _X_ Via hand delivery by Legal Messenger<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: Electronic Pacer |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of June, 2014.

*/s/ Peter Nierman*
Peter Nierman

DEFENDANT ISTVAN BURGYAN'S FIRST
SUPPLEMENTAL RESPONSES TO PLAINTIFF
ATIGEO LLC'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION -5-



McGaughey Bridges Dunlap PLLC
325 – 118TH Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

# RFP NO. 1

Park Dec. Ex. 11, page 6 of 16

**Mueller/Olivier/Whittaker, LLP**  44-600 Village Court Palm Desert, CA  92260
760-837-0333

Invoice submitted to:
ISTVAN A. BURGYAN
80-213 Golden Gate Drive
Indio, CA 92201

December 03, 2009

In Reference To: Demaratech, LLC
Invoice #707

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/10/2009 DEO | Billable Time TELEPHONE CONFERENCE WITH CLIENT REGARDING FINANCIAL DISCLOSURE ISSUES. | | 0.20 350.00/hr | 70.00 |
| | **For professional services rendered** | | 0.20 | $70.00 |
| | **Previous balance** | | | $868.50 |
| | Balance due | | | $938.50 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 70.00 | 0.00 | 0.00 | 868.50 | 0.00 |

BURGYAN   1

## Personal Monthly Expense Breakdown of Istvan Burgyan

Mortgages

- As of December 1, 2009 <u>I will owe 4 mortgage payments</u>
- Owner Occupied house $7,403.28 + November HOA fee=$67 Dec HOA fee=$67
- Second Home $ 7,746.94 + November HOA fee $275 Dec HOA fee $275
- Total= $15,834.22
  <u>Penalty is a higher mortgage payment due to late fees/ sanctions by the HOA</u>

Home Care
- For my wife's seizure disorder
- $2,166.66 for at home assistance
- $3,120.00-$4,333.33 Weekly specialist (this number is based on how many time she needs to be seen by the Dr.)
- **<u>There is no grace period on this. We have to have this in place per CPS.</u>**
- Total=$5286.66-$6,499.99

Utilities
- Electricity $376 by Nov.30 (this number will fluctuate with the time of year summer being the peak will be around $670) /Electric at 2nd home $32
- Gas $64.82/ past Due
- Water $146.53
- Broadview Security $30/ 2nd home ADT security $32
- Time Warner Cable, Phone, Internet $200/ 2nd home home phone $65
- Gardner $130
- Pool $100
- Total=$1,176.35-$1,470.35
  <u>Penalties are late fees or service disconnect</u>

Credit Cards

- Wells Fargo $372 past Due
- Wells Fargo $35
- B of A $631 past Due
- B of A $496 past Due
- Saks $236 past Due
- Saks $68
- Nordstrom $30
- Guitar Center $22
- Capitol One $13.27
- Capitol One $199
- HSBC $30
- Chase $156
- Chase $30
- Total=$2,318.27

    <u>Penalties are late fees and loss of credit</u>

Other

- Cell Phone AT&T $150
- Student Loans $110
- Car GMAC $1,242.09
- Car insurance $115.53
- Total=$1,617.62

    Total=$26,233.15

    <u>Penalties are loss of vehicle, communication, and late fees</u>

Total Mortgage that can be withheld until December 15 with no penalties =$7,584.65 leaving a balance of $8,249.57 needed by end of NOV.

However, my credit is what I have been trying to keep clean for the family. I have the only useable credit in case of an emergency.

**Demaratech, LLC Expenses:**

| Nov-09 Payable | Dec-09 Payable | Cumm. Payable | Notes |
|---|---|---|---|

Dennis Montgomery - Psnl. Exps:

| | Nov-09 Payable | Dec-09 Payable | Cumm. Payable | Notes |
|---|---|---|---|---|

| | Nov-09 Payable | Dec-09 Payable | Cumm. Payable | Notes |
|---|---|---|---|---|
| **Istvan Burgyan - Personal Exps:** | | | | |
| Property-related Exps: | | | | |
| 1st Home Mortgage-Indio, CA | 5,876.38 | 2,826.85 | 8,703.23 | |
| 1st Home HOA Fees-Indio, CA | 67.00 | 67.00 | 134.00 | |
| 2nd Home Mortgage-Kirkland, WA | 4,128.14 | 3,618.80 | 7,746.94 | Prior Home, unsalable & unrentable (via HOA Rules) |
| 2nd Home HOA Fees-Kirkland, WA | 275.00 | 275.00 | 550.00 | |
| Prop-related Exps Subtotal | 10,346.52 | 6,787.65 | 17,134.17 | |
| | | | | |
| Utilities: | | | | |
| Cell Phone (AT&T) | 150.00 | 150.00 | | |
| Electricity | 376.00 | 400.00 | 776.00 | |
| Gas | 64.82 | 70.00 | 134.82 | |
| Water | 146.53 | 150.00 | 296.53 | |
| Home Security - 1st Hm (Broadview) | 30.00 | 30.00 | 60.00 | |
| Home Security - 2nd Hm (ADT) | 32.00 | 32.00 | 64.00 | |
| Cable/Phone/Net - 1st Hm (TWCable) | 200.00 | 200.00 | 400.00 | |
| Cable/Phone/Net - 1st Hm (TWCable) | 65.00 | 65.00 | 130.00 | |
| Gardener | 130.00 | 130.00 | 260.00 | |
| Pool Care | 100.00 | 100.00 | 200.00 | |
| Utilities Subtotal | 1,294.35 | 1,327.00 | 2,321.35 | |
| | | | | |
| Health-related Care - Mrs. Burgyan: | | | | |
| Medical Specialist Visits | 4,333.33 | 4,333.33 | 8,666.66 | |
| Child care (State Mandated) | 2,166.66 | 2,166.66 | 4,333.32 | State-mandated via Child Prot. Srvcs (CPS) |
| Health-related Care Subtotal | 6,499.99 | 6,499.99 | 12,999.98 | |
| | | | | |
| Other Expenses: | | | | |
| Car Loan (GMAC) | 1,242.00 | 1,242.00 | 2,484.00 | |
| Car Insurance | 115.53 | 115.53 | 231.06 | |
| Student Loans | 110.00 | 100.00 | 210.00 | |
| Other Expenses Subtotal | 1,467.53 | 1,457.53 | 2,925.06 | |

| | Nov-09 Payable | Dec-09 Payable | Cumm. Payable | Notes |
|---|---|---|---|---|
| Credit Card Pmts Due: | | | | |
| Wells Fargo CC 1 | 372.00 | 372.00 | 744.00 | Past Due - Nov |
| Wells Fargo CC 2 | 35.00 | 35.00 | 70.00 | |
| BofA CC 1 | 631.00 | 631.00 | 1,262.00 | Past Due - Nov |
| BofA CC 2 | 496.00 | 496.00 | 992.00 | Past Due - Nov |
| Saks CC 1 | 236.00 | 236.00 | 472.00 | Past Due - Nov |
| Saks CC 2 | 68.00 | 68.00 | 136.00 | |
| Nordstrom CC | 30.00 | 30.00 | 60.00 | |
| Capitol One CC 1 | 13.27 | 13.27 | 26.54 | |
| Capitol One CC 2 | 199.00 | 199.00 | 398.00 | |
| Chase CC 1 | 156.00 | 156.00 | 312.00 | |
| Chase CC 2 | 30.00 | 30.00 | 60.00 | |
| HSBC CC | 30.00 | 30.00 | 60.00 | |
| Guitar Center | 22.00 | 22.00 | 44.00 | |
| Credit Card Exps Subtotal | 2,318.27 | 2,318.27 | 4,636.54 | |
| Psnl Living Exps. - Burgyan: | | | | |
| Fuel Expense | | | 0.00 | |
| Food/Groceries | | | 0.00 | |
| Psnl Living Exps. Subtotal | 0.00 | 0.00 | 0.00 | |
| TOTAL PSNL EXPS - BURGYAN | 21,926.66 | 18,390.44 | 40,017.10 | |

BURGYAN   7

**Park Dec. Ex. 11, page 13 of 16**

- ~~Monthly~~
- Diapers — 40.00
- Formula — ~~50.00~~ 30.00
- ~~5.00~~ Bottled water x 2 — 40.00
- Toilet Paper — 20.00
- Paper towels x 2 — 40.00
- Soap — 25.00
- Fruit — 30.00
- Veggies — 20.00
- Bread — 25.00
- Chicken — 40.00
- Beef — 30.00
- Rice — 10.00

| Weekly | Groceries | 350.00 |
| Weekly | Gas | 200.00 |
| Weekly | Maid | 95.00 |
| Month | Gym | 60.00 |
| 2x Month | Nails | 50.00 |
| every 2 month | Hair | 200.00 |

BURGYAN   8

Park Dec. Ex. 11, page 14 of 16

| | | |
|---|---|---|
| month | Vet | 250.00 |
| Weekly | Nanny | 500.00 |
| ~~Weekly~~ monthly | Gardner | 130.00 |
| monthly | Pool | 100.00 |
| Weekly | Take-out | 200.00 |
| | Presscriptions w/ Insurance | 60.00 |
| | w/out Insurance | 2000.00 |

BURGYAN 9

BURGYAN 10

Park Dec. Ex. 11, page 16 of 16