**From:** Roland Tellis
**Sent:** Wednesday, June 25, 2014 1:19 PM
**To:** 'Paul Brain'
**Cc:** Park, Brian C. <BCPARK@stoel.com> (BCPARK@stoel.com)
**Subject:** Atigeo et al. v. Montgomery et al.

Paul, thanks for the call today.  As I mentioned on the phone, we are obviously concerned about Mr. Montgomery's health and Mr. Burgyan's hardships.  Given these serious issues, and the fact that Defendants have voluntarily taken down the websites that are the subject of the action, we will be filing a voluntary dismissal of the case without prejudice.  ==You indicated that you would stipulate to a dismissal on behalf of Demaratech, LLC and Offshore Limited D.==  We will inform the Court.

Thanks,



**Roland Tellis | Shareholder | Baron & Budd, PC**
15910 Ventura Blvd., Suite 1600 | Encino, CA | 91436
T: (818) 839-2320 | F: (818) 986-9698
rtellis@baronbudd.com | www.baronbudd.com

🌳 please consider the environment before printing this email