THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATIGEO LLC, a Washington limited liability company; and MICHAEL SANDOVAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OFFSHORE LIMITED D, a California business organization, form unknown; OFFSHORE LIMITED D, a California partnership; DENNIS MONTGOMERY, individually and as a partner of Offshore Limited D; ISTVAN BURGYAN, individually and as a partner of Offshore Limited D; DEMARATECH, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01694 JLR<br><br>**DECLARATION OF HUNTER FERGUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL** |

I, Hunter Ferguson, declare and state:

1. I am an attorney with the law firm of Stoel Rives LLP and counsel for Plaintiff Atigeo LLC in this matter. I am competent to testify, and this declaration is based on my personal knowledge unless the context indicates otherwise.

2. As used herein, the terms listed below have the following defined meanings.

   a. "Plaintiffs" refers collectively to Atigeo LLC and Michael Sandoval.

FERGUSON DEC ISO PLFS' MOTION FOR VOLUNTARY DISMISSAL
(No. 2:13-cv-01694 JLR) - 1

76759512.1 0009074-00012

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1  b. "Defendants" refers collectively to the individual defendants in his matter, Dennis Montgomery and Istvan Burgyan.

c. "Plaintiffs' counsel" refers to my colleagues and me at Stoel Rives representing Atigeo and to Roland Tellis, Atigeo's co-counsel and counsel for Plaintiff Michael Sandoval, together and/or individually.

d. "Defendants' counsel" refers to Shellie McGaughey and Peter Nierman, counsel for Defendants Istvan Burgyan and Dennis Montgomery, together and/or individually.

3. Attached hereto as **Exhibit 1** are true and correct copies of excerpts of business records produced by Network Solutions LLC regarding the account used to register the <atigeo.co> domain name and the domain name of the other websites at issue in this case, in response to a subpoena and subsequently produced to Defendants as PLTFS 0001-0212.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Initial Disclosures produced in this matter.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the March 28, 2014 email from Plaintiffs' counsel to Defendants' counsel transmitting the business records received from Network Solutions pertaining to the account related to the domain names and websites at issue in this case.

6. Attached hereto as **Exhibit 4** are true and correct copies of screen shots of the websites for Pacific Coast Innovations or PCI that I directed my paralegal to create from the currently available website for this company, www.pcinx.com, and archives of past versions of this website available through the "Way Back Machine," a digital archive of the World Wide Web.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the "Business Entity Detail" report publicly available from the California Secretary of State's Office for Pacific Coast Innovations, LLC.

FERGUSON DEC ISO PLFS' MOTION FOR VOLUNTARY DISMISSAL
(No. 2:13-cv-01694 JLR) - 2

76759512.1 0009074-00012

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

8. Attached hereto as **Exhibit 6** is a true and correct copy of a screenshot of Istvan Burgyan's LinkedIn profile.

9. Attached hereto as **Exhibits 7 and 8**, respectively, are true and correct copies of excerpts of Atigeo's answers to interrogatories propounded by Mr. Montgomery and Mr. Burgyan.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a screenshot of Mr. Burgyan's publicly available facebook page information.

11. Attached hereto as **Exhibit 10** is a true and correct of a screenshot of the LinkedIn profile for LumaSkinz LLC.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 18th day of July 2014 in Seattle, Washington.


s/Hunter Ferguson
Hunter Ferguson

FERGUSON DEC ISO PLFS' MOTION FOR VOLUNTARY DISMISSAL
(No. 2:13-cv-1694 JLR) - 3

76759512.1 0009074-00012

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Paul Edward Brain    pbrain@paulbrainlaw.com, jdavenport@paulbrainlaw.com

Shellie McGaughey    shellie@mcbdlaw.com, katie@mcbdlaw.com

Stoel Rives LLP

*s/Melissa Wood*
*Melissa Wood, Legal Secretary*
*Dated at Seattle, WA on July 18, 2014*

FERGUSON DEC ISO PLFS' MOTION FOR VOLUNTARY DISMISSAL
(No. 2:13-cv-01694 JLR) - 4