Below is the account info, user change history of the Registrant and primary user, and the login history of the PC.

**Account Holder:**
**Person Org ID:** 35889332
**Organization Name:** Offshore Limited D
**Address:**
42829 Cook Street
Palm Desert, CA 92211
US

**Phone:** 760-341-3289
**Fax:**
**Email:** no.valid.email@worldnic.com

---

**Primary User:**
**Person Org ID:** 40375664
**Name:** Kent, Clark
**Address:**
42829 Cook Street
Palm Desert, CA  92211
US

**Phone:** 6199917323
**Fax:**
**Email:** info@pcinx.com

## User Change History for Account Holder

| Field | Old Value | Change Date | New Value | By | Using | Request Status |
|---|---|---|---|---|---|---|
| PHONE_NUM | 760-776-6622 | 2010-12-24 | 760-341-3289 | 40375664 | Storefront | N/A |
| Org Name | Offshore Limited | 2009-05-27 | Offshore Limited D | 40375664 | Storefront | N/A |
| Org Name | Blxware, LLC | 2009-05-25 | Offshore Limited | 40375664 | Storefront | N/A |
| Org Name | Blixseth Group, Inc. | 2007-10-12 | Blxware, LLC | 35889333 | Storefront | N/A |

## User Change History for Primary User

Only changes since December 10, 2003 are shown

| Field | Old Value | Change Date | New Value | By | Using | Request Status |
|---|---|---|---|---|---|---|
| PHONE_NUM | 760-341-3289 | 2013-02-08 | 6199917323 | 40375664 | Storefront | N/A |
| E-mail Address | info@erouter.net | 2012-06-18 | info@pcinx.com | 40375664 | Storefront | N/A |
| User ID | DEMARATECH.1 | 2010-12-24 | EROUTER.1 | 40375664 | Storefront | N/A |
| Password | ****** | 2010-12-24 | ****** | 40375664 | Storefro | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | nt | |
| Secondary E-mail Address | encoder@earthlink.net | 2010-12-24 | | 40375664 | Storefront | N/A |
| E-mail Address | info@erouter.com | 2010-12-24 | info@erouter.net | 40375664 | Storefront | N/A |
| E-mail Address | info@demaratech.com | 2010-12-24 | info@erouter.com | 40375664 | Storefront | N/A |
| Secondary E-mail Address | | 2010-12-24 | encoder@earthlink.net | 40375664 | Storefront | N/A |
| Last Name | Burgyan | 2010-12-24 | Kent | 40375664 | Storefront | N/A |
| First Name | Istavan | 2010-12-24 | Clark | 40375664 | Storefront | N/A |
| First Name | Istvan | 2010-12-24 | Istavan | 40375664 | Storefront | N/A |
| Last Name | Limited D | 2010-12-24 | Burgyan | 40375664 | Storefront | N/A |
| First Name | Offshore | 2010-12-24 | Istvan | 40375664 | Storefront | N/A |
| Last Name | Burgyan | 2010-12-24 | Limited D | 40375664 | Storefront | N/A |
| First Name | Istvan | 2010-12-24 | Offshore | 40375664 | Storefront | N/A |
| Last Name | Limited D | 2010-12-24 | Burgyan | 40375664 | Storefront | N/A |
| First Name | Offshore | 2010-12-24 | Istvan | 40375664 | Storefront | N/A |
| PHONE_NUM | 5306351842 | 2010-01-23 | 760-341-3289 | 40375664 | Storefront | N/A |
| User ID | DENNISMONTGOMERY | 2009-06-28 | DEMARATECH.1 | 40375664 | Storefront | N/A |
| Password | ****** | 2009-06-28 | ****** | 40375664 | Storefront | N/A |
| Password | ****** | 2009-06-18 | ****** | 40375664 | Storefront | N/A |
| Password | ****** | 2009-06-09 | ****** | 40375664 | Storefront | N/A |
| E-mail Address | dennis@ncoder.net | 2009-05-27 | info@demaratech.com | 40375664 | Storefront | N/A |

| Service | Account Number | Type | Account Holder | Auto Renew |
|---|---|---|---|---|
| asisportsinfo.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| billpearpoint.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| cardiacnetwork.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| cardiacnetworks.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| cardiacnetworks.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| cloakit.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| compressit.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| dennismontgomery.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| dennismontgomery.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| drouter.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| dynamical.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| dynamicaldevelopment.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| dynamicaldevelopment.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| erender.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| erouter.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | On |
| geovations.org | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| gigalink.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| gratonrancheria.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| inamm.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| irender.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| istvanburgyan.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| jackscalia.org | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| lumavision.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| mailboxesunlimited.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | On |
| mbrtek.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| moviestarz.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| mustardgreenventures.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| mustardgreenventures.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| mustardgreenventures.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| mustardseedventures.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| mustardseedventures.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| mustardseedventures.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| ncoder.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | On |

PLTFS 0114

| Name | Registrant | Type | Account | Status |
|---|---|---|---|---|
| operationamericanspirit.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| operationamericanspirit.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| opticalcloaking.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| pacificcoastinnovations.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| pacificcoastinnovations.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| pcinx.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| pcinx.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| renderit.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| shrinkit.co | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| submarinedetection.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| submarinedetection.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| submarinefinder.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| submarinefinder.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| theuntoldstory.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| theyellowstoneclub.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | On |
| wholearth.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | Off |
| yellowstoneclub.net | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | On |
| yellowstoneclubscandal.com | Offshore Limited D (27945118) | Domain Name | Offshore Limited D | On |
| nsWebAddress Basic | Offshore Limited D (27945118) | Domain Package | Offshore Limited D | Off |
| nsWebAddress Basic | Offshore Limited D (27945118) | Domain Package | Offshore Limited D | Off |
| Private Registration (asisportsinfo.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (billpearpoint.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (cloakit.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (compressit.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (drouter.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | On |
| Private Registration (dynamical.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (dynamicaldevelopment.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (dynamicaldevelopment.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (erender.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (erouter.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | On |
| Private Registration (geovations.org) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (gigalink.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (gratonrancheria.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (inamm.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |

PLTFS 0115

| | | | | |
|---|---|---|---|---|
| Private Registration (irender.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (lumavision.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (mailboxesunlimited.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | On |
| Private Registration (mbrtek.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (moviestarz.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (mustardgreenventures.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (mustardgreenventures.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (mustardgreenventures.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (mustardseedventures.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (mustardseedventures.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (mustardseedventures.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (ncoder.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | On |
| Private Registration (opticalcloaking.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (pacificcoastinnovations.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (pacificcoastinnovations.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (pcinx.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (pcinx.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (renderit.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (shrinkit.co) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (submarinedetection.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (submarinedetection.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (submarinefinder.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (submarinefinder.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (theuntoldstory.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (theyellowstoneclub.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | On |
| Private Registration (wholearth.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | Off |
| Private Registration (yellowstoneclub.net) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | On |
| Private Registration (yellowstoneclubscandal.com) | Offshore Limited D (27945118) | Private Registration | Offshore Limited D | On |
| Unlimit - Cloakit - PCI - Movie (Hosting-Unix) | Offshore Limited D (27945118) | Web Hosting Package | Offshore Limited D | Monthly[‡] |
| Yellowstone Club (Hosting-Unix) | Offshore Limited D (27945118) | Web Hosting Package | Offshore Limited D | Monthly[‡] |
| dRouter - eRouter (Hosting-Unix) | Offshore Limited D (27945118) | Web Hosting Package | Offshore Limited D | Monthly[‡] |

PLTFS 0116

| Expiration | Primary Contact | Billing Contact |
|---|---|---|
| 7/2/2013 | Clark Kent | Clark Kent |
| 4/26/2013 | Clark Kent | Clark Kent |
| 4/2/2013 | Clark Kent | Clark Kent |
| 4/2/2013 | Clark Kent | Clark Kent |
| 4/2/2013 | Clark Kent | Clark Kent |
| 7/4/2013 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 9/26/2013 | Clark Kent | Clark Kent |
| 9/26/2013 | Clark Kent | Clark Kent |
| 11/20/2015 | Clark Kent | Clark Kent |
| 3/25/2013 | Clark Kent | Clark Kent |
| 3/25/2013 | Clark Kent | Clark Kent |
| 3/25/2013 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 12/24/2013 | Clark Kent | Clark Kent |
| 11/17/2013 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 1/31/2014 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 5/25/2014 | Clark Kent | Clark Kent |
| 9/22/2013 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 8/7/2013 | Clark Kent | Clark Kent |
| 6/18/2013 | Clark Kent | Clark Kent |
| 7/10/2013 | Clark Kent | Clark Kent |
| 7/21/2013 | Clark Kent | Clark Kent |
| 7/21/2013 | Clark Kent | Clark Kent |
| 7/21/2013 | Clark Kent | Clark Kent |
| 7/26/2013 | Clark Kent | Clark Kent |
| 7/26/2013 | Clark Kent | Clark Kent |
| 7/26/2013 | Clark Kent | Clark Kent |
| 1/28/2014 | Clark Kent | Clark Kent |

PLTFS 0117

| | | |
|---|---|---|
| | 10/9/2013 Clark Kent | Clark Kent |
| | 10/9/2013 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| | 3/9/2013 Clark Kent | Clark Kent |
| | 3/9/2013 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| | 3/4/2013 Clark Kent | Clark Kent |
| | 9/25/2013 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| | 1/31/2014 Clark Kent | Clark Kent |
| | 1/30/2014 Clark Kent | Clark Kent |
| | 3/25/2013 Clark Kent | Clark Kent |
| | 12/17/2013 Clark Kent | Clark Kent |
| | 1/9/2014 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| | 7/2/2013 Clark Kent | Clark Kent |
| | 4/26/2013 Clark Kent | Clark Kent |
| | 7/4/2013 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| | 1/3/2014 Clark Kent | Clark Kent |
| | 3/25/2013 Clark Kent | Clark Kent |
| | 3/25/2013 Clark Kent | Clark Kent |
| | 3/25/2013 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| | 12/24/2013 Clark Kent | Clark Kent |
| | 11/17/2013 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| | 1/31/2014 Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |

PLTFS 0118

| | | |
|---|---|---|
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 8/7/2013 | Clark Kent | Clark Kent |
| 6/18/2013 | Clark Kent | Clark Kent |
| 7/10/2013 | Clark Kent | Clark Kent |
| 7/21/2013 | Clark Kent | Clark Kent |
| 7/21/2013 | Clark Kent | Clark Kent |
| 7/21/2013 | Clark Kent | Clark Kent |
| 7/26/2013 | Clark Kent | Clark Kent |
| 7/26/2013 | Clark Kent | Clark Kent |
| 7/26/2013 | Clark Kent | Clark Kent |
| 5/7/2015 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 3/9/2013 | Clark Kent | Clark Kent |
| 3/9/2013 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 3/4/2013 | Clark Kent | Clark Kent |
| 9/25/2013 | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| Expired | Clark Kent | Clark Kent |
| 1/31/2014 | Clark Kent | Clark Kent |
| 1/30/2014 | Clark Kent | Clark Kent |
| 3/25/2013 | Clark Kent | Clark Kent |
| 12/17/2013 | Clark Kent | Clark Kent |
| 1/9/2014 | Clark Kent | Clark Kent |
| Renews on: 03/08/2013 | Clark Kent | Clark Kent |
| Renews on: 02/25/2013 | Clark Kent | Clark Kent |
| Renews on: 02/25/2013 | Clark Kent | Clark Kent |

PLTFS 0119

# Network Solutions

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 27945118 | 215576790 | | $436.84 | $0.00 | 12/24/2011 |

Offshore Limited D
42829 Cook Street
Palm Desert
CA92211
US

## SUMMARY OF CHARGES AND CREDITS

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/24/2011 | One Off Charge | Renewal | 847863827 | NET domain | EROUTER.NET | 1 | $37.99 | $37.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863828 | Private Registration | EROUTER.NET | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863829 | NET domain | IDECODER.NET | 1 | $37.99 | $37.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863830 | Private Registration | IDECODER.NET | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Acquisition | 847863831 | REINSTATE_FEE | Reinstatement Fee | 1 | $25.00 | $25.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863832 | DOM_BASIC | nsWebAddress Basic (pacificcoastinnovations.com),PACIFICCOASTINNOVATIONS.COM | 1 | $0.00 | $0.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863833 | DOM_BASIC | nsWebAddress Basic (pacificcoastinnovations.com),PACIFICCOASTINNOVATIONS.COM | 1 | $39.99 | $39.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863834 | Private Registration | PACIFICCOASTINNOVATIONS.COM | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863835 | DOM_BASIC | nsWebAddress Basic (pacificcoastinnovations.net),PACIFICCOASTINNOVATIONS.NET | 1 | $0.00 | $0.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863836 | DOM_BASIC | nsWebAddress Basic (pacificcoastinnovations.net),PACIFICCOASTINNOVATIONS.NET | 1 | $39.99 | $39.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863837 | Private Registration | PACIFICCOASTINNOVATIONS.NET | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863838 | COM domain | SUBMARINEDETECTION.COM | 1 | $37.99 | $37.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863839 | Private Registration | SUBMARINEDETECTION.COM | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863840 | NET domain | SUBMARINEDETECTION.NET | 1 | $37.99 | $37.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863841 | Private Registration | SUBMARINEDETECTION.NET | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863842 | COM domain | SUBMARINEFINDER.COM | 1 | $37.99 | $37.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863843 | Private Registration | SUBMARINEFINDER.COM | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863844 | NET domain | SUBMARINEFINDER.NET | 1 | $37.99 | $37.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863845 | Private Registration | SUBMARINEFINDER.NET | 1 | $12.99 | $12.99 |
| 12/24/2011 | One Off Charge | Renewal | 847863846 | HP_PKG_DOM_BASIC | 02F7F39.NETSOLHOST.COM | 1 | $0.00 | $0.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863847 | HP_PKG_DOM_BASIC | 02F7F39.NETSOLHOST.COM | 1 | $0.00 | $0.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863848 | COM domain | PACIFICCOASTINNOVATIONS.COM | 1 | $0.00 | $0.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863849 | HP_PKG_DOM_BASIC | 02F7F3A.NETSOLHOST.COM | 1 | $0.00 | $0.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863850 | HP_PKG_DOM_BASIC | 02F7F3A.NETSOLHOST.COM | 1 | $0.00 | $0.00 |
| 12/24/2011 | One Off Charge | Renewal | 847863851 | NET domain | PACIFICCOASTINNOVATIONS.NET | 1 | $0.00 | $0.00 |

## PAYMENTS

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 27351404 | 12/24/2011 | Applied | Credit Card | **** 0790 | $436.84 | 429293165 | 84802405 |

## ADJUSTMENTS

| Date | Details | Amount | Order Num | Customer ID | CSR ID | CS Ref ID |
|---|---|---|---|---|---|---|

No record(s) found.



PLTFS 0188

Ferguson Dec. Ex. 1, page 10 of 13

Invoice Email View | Print | Close

# Network Solutions

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 27945118 | 259099864 | | $49.98 | $0.00 | 06/14/2013 |

Offshore Limited D
42829 Cook Street
Palm Desert
CA92211
US

**SUMMARY OF CHARGES AND CREDITS**

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/14/2013 | One Off Charge | Acquisition | 861740581 | DOM_CO | ATIGEO.CO | 1 | $39.99 | $39.99 |
| 06/14/2013 | One Off Charge | Acquisition | 861741238 | Private Registration | ATIGEO.CO | 1 | $9.99 | $9.99 |

**PAYMENTS**

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 31746138 | 06/14/2013 | Applied | Credit Card | **** 1023 | $49.98 | 495720485 | 96045538 |

**ADJUSTMENTS**

| Date | Details | Amount | Order Num | Customer ID | CSR ID | CS Ref ID |
|---|---|---|---|---|---|---|

No record(s) found.




| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|
| Renewal | 03/16/2012 | 27945118 | Yellowstone Club | Monthly | $18.95 |

**03/15/2012    438990986    CC ****0790    $157.96**

| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|
| Renewal | 03/15/2012 | 27945118 | Private-Registration (pcinx.com) | 1 Year | $15.99 |
| Renewal | 03/15/2012 | 27945118 | Private-Registration (pcinx.net) | 1 Year | $15.99 |
| Acquisition | 03/15/2012 | 27945118 | reinstatement fee | One Time Fee | $25.00 |
| Acquisition | 03/15/2012 | 27945118 | reinstatement fee | One Time Fee | $25.00 |
| Renewal | 03/15/2012 | 27945118 | pcinx.com | 1 Year | $37.99 |
| Renewal | 03/15/2012 | 27945118 | pcinx.net | 1 Year | $37.99 |

**03/08/2012    438093367    CC ****0790    $74.85**

| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|
| Renewal | 03/08/2012 | 27945118 | Blank | Monthly | $18.95 |
| Renewal | 03/08/2012 | 27945118 | Yellowstone Club | Monthly | $18.95 |
| Renewal | 03/08/2012 | 27945118 | Unlimit - Cloakit - PCI - Movie | Monthly | $36.95 |

**02/13/2012    435159406    CC ****0790    $44.98**

| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|
| Acquisition | 02/13/2012 | 27945118 | Private-Registration (opticalcloaking.net) | 1 Year | $9.99 |
| Acquisition | 02/13/2012 | 27945118 | opticalcloaking.net | 1 Year | $34.99 |
| Acquisition | 02/13/2012 | 27945118 | http://opticalcloaking.net | 1 Year | $0.00 |
| Acquisition | 02/13/2012 | 27945118 | http://opticalcloaking.net | One Time Fee | $0.00 |

**02/02/2012    433738934    CC ****0334    $114.97**

| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|
| Renewal | 02/02/2012 | 27945118 | cardiacnetwork.co | 1 Year | $39.99 |
| Renewal | 02/02/2012 | 27945118 | cardiacnetworks.co | 1 Year | $39.99 |
| Renewal | 02/02/2012 | 27945118 | cardiacnetworks.net | 1 Year | $34.99 |

**01/29/2012    433285057    CC ****0790    $44.98**

| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|
| Acquisition | 01/29/2012 | 27945118 | Private-Registration (lumavision.net) | 1 Year | $9.99 |
| Acquisition | 01/29/2012 | 27945118 | lumavision.net | 1 Year | $34.99 |
| Acquisition | 01/29/2012 | 27945118 | http://lumavision.net | 1 Year | $0.00 |
| Acquisition | 01/29/2012 | 27945118 | http://lumavision.net | One Time Fee | $0.00 |

**01/27/2012    433052370    CC ****0334    $48.94**

| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|
| Renewal | 01/27/2012 | 27945118 | Blank | Monthly | $18.95 |
| Renewal | 01/27/2012 | 27945118 | Unlimit - Cloakit - PCI - Movie | Monthly | $29.99 |

**01/25/2012    432788373    CC ****0334    $202.92**

| Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|