| | |
|---|---|
| **From:** | Roland Tellis <rtellis@baronbudd.com> |
| **Sent:** | Friday, March 28, 2014 3:47 PM |
| **To:** | Park, Brian C.; 'Shellie McGaughey'; 'Peter Nierman'; 'Katie Berry' |
| **Cc:** | Norton, Maren R.; Ferguson, Hunter O. |
| **Subject:** | RE: Atigeo v. Montgomery |
| **Attachments:** | PLTFS 0001 - PLTFS 0212.pdf |

Shellie, attached are the Network Solutions documents.



**Roland Tellis | Shareholder | Baron & Budd, PC**
15910 Ventura Blvd., Suite 1600 | Encino, CA | 91436
T: (818) 839-2320 | F: (818) 986-9698
rtellis@baronbudd.com | www.baronbudd.com

🖶 please consider the environment before printing this email

**From:** Roland Tellis
**Sent:** Thursday, March 27, 2014 6:39 PM
**To:** 'Park, Brian C.'; Shellie McGaughey; Peter Nierman; Katie Berry
**Cc:** Norton, Maren R.; Ferguson, Hunter O.
**Subject:** RE: Atigeo v. Montgomery

Shellie, thanks for your letter.  We are troubled by your suggestion (perhaps inadvertently) that the Network Solutions documents  were somehow withheld from you by my clients.  Surely you understand that the documents in questions are in *your clients'* possession, custody or control and should have been produced to us by *your clients*.  Indeed, though we obtained them from Network Solutions by subpoena, your clients could have, and should have, obtained them from Network Solutions with a simple telephone call at the outset of this case.  Indeed, Brian has mentioned these documents to you in prior communications and we're surprised that you did not ask your clients to provide them to you then.  In that regard, there has been no withholding of documents by my clients.  I can't say the same for yours.

In any event, as you know, my clients' responses to your document requests are not due until next week.  Nevertheless, pursuant to your letter request, I will have my paralegal Bates number the documents tomorrow and we'll email them to you.

Thanks,



**Roland Tellis | Shareholder | Baron & Budd, PC**
15910 Ventura Blvd., Suite 1600 | Encino, CA | 91436

1

**Ferguson Dec. Ex. 3, page 1 of 2**

T: (818) 839-2320 | F: (818) 986-9698
rtellis@baronbudd.com | www.baronbudd.com

🖨 please consider the environment before printing this email

---

**From:** Park, Brian C. [mailto:BCPARK@stoel.com]
**Sent:** Thursday, March 27, 2014 6:20 PM
**To:** Shellie McGaughey; Peter Nierman; Katie Berry
**Cc:** Roland Tellis; Norton, Maren R.; Ferguson, Hunter O.; Park, Brian C.
**Subject:** RE: Atigeo v. Montgomery

Shellie and Peter:

Thank you for your letter.  Roland is handing this, but the answer to your request is *yes*.

Best regards,
Brian

---

**From:** Katie Berry [mailto:Katie@mcbdlaw.com]
**Sent:** Thursday, March 27, 2014 4:31 PM
**To:** Park, Brian C.; Shellie McGaughey; Peter Nierman
**Cc:** Norton, Maren R.; Ferguson, Hunter O.
**Subject:** Atigeo v. Montgomery

Mr. Park,

Attached please find correspondence from Mr. Nierman this date.  A hard copy will follow via legal messenger.

Thank you,

Katie DeVoe
Paralegal
325 – 118th Avenue Southeast
Suite #209
Bellevue WA. 98005
Phone: 425-462-4000
Fax: 425-637-9638



NOTICE: The information contained in this message and any attachments may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this communication or any of its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting this message, any attachments, and all copies and backups from your computer. If you have received this communication in error and are unable to reply to this message, please notify the sender immediately by telephone at (425) 462-4000. Thank you.