

### Flexible, Fast, Accurate Heart Monitoring Solutions

Pacific Coast Innovations (PCI) is utilizing its cutting-edge technology to develop a state-of-the-art cardiac monitoring device that will revolutionize the mobile monitoring market.  This device will provide doctors and patients, along with family members, the ability to monitor a patient's heart health with greater ease, comfort and accuracy from any location.  The new device from PCI will be available to cardiologists, internists, general practitioners, medical insurance providers, hospitals, and the general public.

Click Here to Login to PCI Monitoring Site    >>>>>>>>>>

### Latest News                                                                                                                      New Devices Coming Soon.....

MARK I:  The MARK I is a groundbreaking portable biomedical monitoring and recording device.  When paired  with PCI's iSENSOR or FREEDOM 2, the device will monitor, analyze and record ECG, Respiratory,  Oximetry, and EEG (coming soon) input parameters.  MARK I is equipped with real-time monitoring through wireless, WIFI, 3G, 4G, transtelephonic connectivity, and is also GPS enabled.  This HIPPA compliant device comes with superior battery life, and connects to PCI's FREEDOM 2 Wireless Electrodes.

iSENSOR:  The iSENSOR is a revolutionary sensor that will monitor EEG (coming soon) and Oximetry levels of a patient in real-time.  These sensors will be offered as an option on all MARK I units where this data will be recorded, stored, and/or transmitted.

FREEDOM 2: The FREEDOM 2 electrodes are the only true wireless electrodes on the market today.  These electrodes use state-of-the-art wireless nano-technology that allows patient monitoring with NO WIRES CONNECTING THE DEVICES TO THE PATIENT.  When used in conjunction with the MARK I and iSENSOR, patients will experience the ultimate in comfort and security.  Furthermore, the FREEDOM 2 will be compatible with hospital equipment, providing a smoother transition into a clinical atmosphere.



Case 2:13-cv-01694-JLR   Document 81-4   Filed 07/18/14   Page 3 of 10



## About Us | Pacific Coast Innovations (PCI)
### The Most Recognized Name in Portable Biomedical Monitoring

Pacific Coast Innovations (PCI) is developing a portable biomedical recorder (MARK I) and is anticipating licensing this technology to medical care providers, and medical equipment manufactures. The MARK I will include the ability to store, record, and transmit biomedical data. PCI will demonstrate that this device and corresponding monitoring facilities have a distinct advantage over other systems currently in use. PCI and its future partner(s) will be at the forefront of the changing world of portable medical device technology.



MARK I, iSENSOR, and FREEDOM 2 Technologies are patent pending.

Last updated: 07/17/2014 12:32:19

© Copyright Pacific Coast Innovations, LLC 2010-2014. All rights reserved.   MARK I, iSENSOR, and FREEDOM 2 are registered trademarks of Pacific Coast Innovations, LLC.



Ferguson Dec. Ex. 4, page 4 of 10

| HOME PAGE | NX COMPRESSION | COMPARE | DEMO | CONTACT US | SUBSCRIBE TO |



Advanced solutions for tomorrows technology!

Home

Streaming

Demo

Compare

About Us

We are a Seattle-based technology company that has developed breakthrough universal compression codec, which offers stunning improvements in the way data is stored and/or streamed.

Our Founders, management and other key personnel have collectively over 41 years of experience in software development and over 20 years of experience in business management. We are comprised of seasoned programmers, software designers, and software engineers who have worked on various projects for various Fortune 500 companies including DuPont, Kodak, Ciba-Geigy, Corning, Baxter, American Hospital, GE, Kaiser, Humana, Intel, Boeing, Sony, Lehman Brothers, Genesco Corp, as well as USAF, DOD, SOCOM and other various governmental intelligence agencies.

**NX Compression**
Examples

**NX vs H.264**
Compare

**Demo**
Streaming Demo

**NX APP**
Moble Compression App

**NX Software**
Drive Expansion

**To create the most efficient, convenient, and technologically-advanced compression products and related services through continued innovation, with the goal of improving video quality and video delivery, increase data storage capabilities, and faster rendering engines without taxing computing resources to achieve superior results.**

Case 2:13-cv-01694-JLR   Document 81-4   Filed 07/18/14   Page 6 of 10

Please contact us at info@pcinx.com for licensing and/or demonstration requests. Be sure to include your name and company affiliation.

**Address:** 227 Bellevue Way, NE #241 Bellevue, WA 98004
**Phone:** 425-998-7992
**FAX:** 425-998-9715
**E-mail:** info@pcinx.com

© www.pcinx.com 2010-2014 All Rights Reserved. Information contained on this website is subject to change without notice..

Case 2:13-cv-01694-JLR   Document 81-4   Filed 07/18/14   Page 7 of 10

| HOME PAGE | NX COMPRESSION | COMPARE | DEMO | CONTACT US | SUBSCRIBE TO |



Let NX Solve your data storage problems. No need to buy more drives, just use NX compression and Turn up to 10 terabytes of drives into a1 Terabyte drive!

Home

Streaming

Demo

Compare

About Us

**NX Compression**
Examples

**NX vs H.264**
Compare

**Demo**
Streaming Demo

**NX APP**
Moble Compression App

**NX Software**
Drive Expansion

NX is the future of video compression!



PCI was on a mission to develop a new cross-platform compression alternative with higher quality output data while reducing the amount of bandwidth and CPU power used without the user changing or purchasing any additional equipment.

PCI has completed development of **N**X (Patent Pending PCT/US14/17874), an entirely new and Universal Compression Codec used for data and/or video. **N**X is easily integrated into all existing operating platforms and devices with no change recognized by the user other than better video quality, reduced data usage, increased data storage, less bandwidth consumption, and less CPU drain.

PCI's **N**X compression codec can compress previously compressed data or video irrespective of the type of compression a third party is using when compressing and streaming (H.265, H.264, MPEG-2, MPEG-4, WinZip, Quick Time, Windows Media Player, Vp9).

With the capabilities of PCI's **N**X lossy compression decoder, the following results are achievable:
*2 PAL/NTSC streams at 384kbit/s
*2-3 PAL SD/NTSC streams at 512kbit/s
*1 HD 720p steam at 1Mbit/s
*5 HD 1080p streams at ~6Mbit/s
*Compression speeds up to 4Gb/sec may be achieved in silicone and 20Gb/sec when clustered in an array.

» Read more





| HOME PAGE | NX COMPRESSION | COMPARE | DEMO | CONTACT US | | SUBSCRIBE TO |

Home

Streaming

Demo

Compare

About Us

**NX Compression**
Examples

**NX vs H.264**
Compare

**Demo**
Streaming Demo

**NX APP**
Moble Compression App

**NX Software**
Drive Expansion

Please contact us at info@pcinx.com for licensing request and/or demonstration request. Be sure to include your name and the company you are affiliated with.

Name:

Email:

Subject:

Comments:

Send

Please contact us at info@pcinx.com for licensing and/or demonstration requests. Be sure to include your name and company affiliation.

| | |
|---|---|
| **Address:** | 227 Bellevue Way, NE #241 Bellevue, WA 98004 |
| **Phone:** | 425-998-7992 |
| **FAX:** | 425-998-9715 |
| **E-mail:** | info@pcinx.com |

© www.pcinx.com 2010-2014 All Rights Reserved. Information contained on this website is subject to change without notice..