## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, July 15, 2014. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | PACIFIC COAST INNOVATIONS, LLC |
| **Entity Number:** | 201002810243 |
| **Date Filed:** | 01/27/2010 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 74894 LENNON PL STE G-1 |
| **Entity City, State, Zip:** | PALM DESERT CA 92260 |
| **Agent for Service of Process:** | ISTVAN BURGYAN |
| **Agent Address:** | 80-213 GOLDEN GATE DR |
| **Agent City, State, Zip:** | INDIO CA 92201 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2014    California Secretary of State