



Ferguson Dec. Ex. 6, page 2 of 2