1   STOEL RIVES LLP
    Brian C. Park
2   bcpark@stoel.com
    600 University Street, Suite 3600
3   Seattle, Washington 98101
    Telephone: 206-624-0900
4   Facsimile: 206-386-7500

5

6   BARON & BUDD, P.C.
    Roland Tellis (SBN 186269)
7   rtellis@baronbudd.com
    15910 Ventura Boulevard, Suite 1600
8   Encino, California 91436
    Telephone: 818-839-2333
9   Facsimile: 818-986-9698

10

11  Attorneys for Plaintiffs
    Atigeo LLC and Michael Sandoval
12
                    UNITED STATES DISTRICT COURT
13
                FOR THE WESTERN DISTRICT OF WASHINGTON
14

15

16  ATIGEO LLC, a Washington limited liability      Case No.: 2:13-cv-01694
    company; and MICHAEL SANDOVAL, an
17  individual,                                      **PLAINTIFF ATIGEO LLC'S
                                                     SUPPLEMENTAL RESPONSE TO
18              Plaintiffs,                           INTERROGATORY NOS. 4 and 8
                                                     PROPOUNDED BY DEFENDANT
19       vs.                                         DENNIS MONTGOMERY**

20  OFFSHORE LIMITED D, a California
    business organization, form unknown;
21  OFFSHORE LIMITED D, a California
    partnership; DENNIS MONTGOMERY,
22  individually and as a partner of Offshore
    Limited D; ISTVAN BURGYAN,
23  individually and as a partner of Offshore
    Limited D; DEMARATECH, LLC, a
24  California limited liability company; and
    DOES 1-10, inclusive,
25
                Defendants.
26

27

28

Ferguson Dec. Ex. 4, page 1 of 4

1  good will.  Atigeo has produced and will produce copies of further relevant documents pursuant to Fed.

2  R. Civ. P. 33(d).  Atigeo also expects to retain one or more experts to quantify the harm in accordance

3  with the schedule set by the Court.

4

5  **INTERROGATORY NO. 8:**

6  Please describe in detail the facts upon which Atigeo relies to assert that defendant Dennis

7  Montgomery created the Websites in bad faith as defined by the Anti-Cybersquatting Consumer

8  Protection Act, 15 U.S.C. § 1125(d).  Your answer should include a detailed description as to plaintiffs'

9  allegation that Dennis Montgomery created the Websites in connection with an alleged extortion scheme

10  and/or with intent to profit.

11  *SUPPLEMENTAL* RESPONSE TO INTERROGATORY NO. 8:

12  Subject to Atigeo's prior objections, Atigeo supplements the information relevant to Interrogatory

13  No. 8 set forth in the pleadings and Atigeo's prior discovery responses, as follows:

14  In early to mid-2012, Dennis Montgomery contacted Atigeo's CEO, Michael Sandoval, in

15  Bellevue, Washington.  Mr. Sandoval understood that Mr. Montgomery resided in California at the time.

16  Mr. Montgomery stated that he wanted to reconnect with Mr. Sandoval and, eventually, requested that

17  Mr. Sandoval invest in certain of Mr. Montgomery's new business ventures, including one called

18  Lumivision. Istvan Burgyan (whom Mr. Sandoval also understood to be in California at the time) also

19  called Mr. Sandoval to follow-up on Mr. Montgomery's investment solicitations and to encourage Mr.

20  Sandoval to invest in the new venture.  Mr. Burgyan stated that he was developing some of the

21  applications for one of the new ventures, which he described as a company that would develop computer

22  applications, including a computer graphics imagery program for changing images on gift bags.

23

24  After back and forth communications with Mr. Montgomery, Mr. Sandoval indicated that he was

25  not interested in making an investment in Mr. Montgomery's new company.  In response, Mr.

26  Montgomery stated "If you're not with me, you're against me" and that Mr. Sandoval did not want to end

27  up like others who had not cooperated with Mr. Montgomery and had "learned the hard way."  The

28

2

76419062.1 0009074-00012

**Ferguson Dec. Ex. 4, page 2 of 4**

1    websites at issue in the action followed, containing false, disparaging information.  The atigeo.co website

2    misappropriates Atigeo's federally registered trademark and is designed to divert individuals searching

3    for atigeo.com.  None of the Defendants has ever owned rights in or done business under the trademark

4    "ATIGEO."   Mr. Montgomery has admitted that he has known, since at least 2012, of the company

5    known as Atigeo LLC.  Mr. Montgomery has also admitted that he knew that Atigeo had been using the

6    trademark "ATIGEO" and the domain name atigeo.com since before, and at the time, he created the

7    websites accused in this action.   Atigeo has produced and will produce copies of any further relevant

8    documents pursuant to Fed. R. Civ. P. 33(d).

9           DATED June 19, 2014.

10

11                                                   STOEL RIVES LLP

12                                                   /s/ Brian C. Park
                                                     Brian C. Park, WSBA No. 25,584
13                                                   Maren R. Norton, WSBA No. 35,435
                                                     Hunter Ferguson, WSBA No. 41,485
14                                                   600 University Street, Suite 3600
                                                     Seattle, WA  98101
15                                                   Telephone: (206) 386-7542
                                                     Facsimile:  (206) 386-7500
16                                                   BCPark@stoel.com
                                                     MRNorton@stoel.com
17                                                   HOFerguson@stoel.com

18
                                                     Counsel for Plaintiff
19                                                   Atigeo LLC

20

21                                                   BARON & BUDD, P.C.

22                                                   /s/ Roland K. Tellis
                                                     Roland K. Tellis (Pro Hac Vice)
23                                                   15910 Ventura Boulevard, Suite 1600
                                                     Encino, CA  91436
24                                                   Telephone: (818) 839-2333
                                                     Facsimile:  (818) 986-9698
25                                                   RTellis@baronbudd.com

26
                                                     Counsel for Plaintiffs
27                                                   Atigeo LLC and Michael Sandoval

28                                                   3

Ferguson Dec. Ex. 4, page 3 of 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Melissa Wood, certify that at all times mentioned herein, I was and am a resident of the State of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein.  My business address is that of Stoel Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

On this day, I caused a copy of the foregoing document to be served upon the following individual(s) in the manner indicated below:

### Via E-mail and U.S. Mail

Paul E. Brain
Brain Law Firm, PLLC
1119 Pacific Avenue, Suite 1200
Tacoma, WA  98402

pbrain@paulbrainlaw.com
jdavenport@paulbrainlaw.com

Shellie McGaughey
McGaughey Bridges & Dunlap
325 118th Avenue, S.E., Suite 209
Bellevue, WA  98005

shellie@mcbdlaw.com,
katie@mcbdlaw.com,
peter@mcbdlaw.com

Counsel for Defendants

DATED:  June 19, 2014.

Melissa Wood, Practice Assistant

4

PLAINTIFF ATIGEO LLC'S SUPPLEMENTAL RESPONSES
TO MONTGOMERY'S FIRST SET OF INTERROGATORIES

76419062.1 0009074-00012