https://www.facebook.com/public/Istv%C3%A1n-Burgy%C István Burgyán Profi... ×

File Edit View Favorites Tools Help

× Convert ▾ Select

facebook Sign Up

Email or Phone Password

Keep me logged in Can't log in?

## Search Results for István Burgyán

István Burgyán

**István A. Burgyán**

Retired US Army Infantry Command Sergeant Major// Owner-Operator: Academy Director- Chief Instructor at Academy of Martial Arts Bay City, Texas

Studied Military Science at US Army Sergeants Major Academy - Class 52

Lives in Bay City, Texas

**István Burgyán**

14 followers

Director of Operations/Owner at LumaSkinz

Lives in Yarrow Point, Washington

Married to Katie Burgyan

**Csm István A. Burgyán**

**Benő Burgyán**

Studied at Szent István Egyetem