

**Ferguson Dec. Ex. 10, page 1 of 1**