| | |
|---|---|
| Message | |
| From: | Dennis [Dennis@ncoder.net] |
| Sent: | 2/14/2012 8:25:05 AM |
| To: | Michael Sandoval [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.sandoval_atigeo] |
| Subject: | Lumavision |

www.cstream.net

www.lumaskinz.com

www.lumavision.net

www.opticalcloaking.net

Confidential

PLTF024387

Sandoval Dec. Ex. 1, page 1 of 7

| | |
|---|---|
| Message | |
| From: | Dennis [Dennis@ncoder.net] |
| Sent: | 2/13/2012 5:21:02 PM |
| To: | Michael Sandoval [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.sandoval_atigeo] |
| Subject: | Info |

www.cstream.net

www.inamm.net

www.opticalcloaking.cnet

Confidential

Message

| | |
|---|---|
| From: | Dennis [Dennis@ncoder.net] |
| Sent: | 2/13/2012 11:36:44 AM |
| To: | Michael Sandoval [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.sandoval_atigeo] |
| Subject: | RE: Turner |

Just went to vm. My number is 760.799.5908.


**From:** Michael Sandoval [mailto:Michael.Sandoval@atigeo.com]
**Sent:** Monday, February 13, 2012 10:57 AM
**To:** Dennis
**Subject:** Re: Turner

On my cell for next hour is good. Hope you and family are well!

Cheers,

M

Sent from my iPhone

On Feb 13, 2012, at 12:43 PM, "Dennis" <Dennis@ncoder.net> wrote:


I got a call from Todd Tuner, thought you might want to know what it was about.

Message

| | |
|---|---|
| From: | Dennis [Dennis@ncoder.net] |
| Sent: | 2/13/2012 12:49:48 PM |
| To: | Michael Sandoval [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.sandoval_atigeo] |
| Subject: | RE: Turner |

Call me around 4 when you are in front of a computer or ipad.

**From:** Michael Sandoval [mailto:Michael.Sandoval@atigeo.com]
**Sent:** Monday, February 13, 2012 10:57 AM
**To:** Dennis
**Subject:** Re: Turner

On my cell for next hour is good. Hope you and family are well!

Cheers,

M

Sent from my iPhone

On Feb 13, 2012, at 12:43 PM, "Dennis" <Dennis@ncoder.net> wrote:


I got a call from Todd Tuner, thought you might want to know what it was about.

| | |
|---|---|
| Message | |
| From: | Dennis [Dennis@ncoder.net] |
| Sent: | 2/29/2012 10:25:42 AM |
| To: | Michael Sandoval [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.sandoval_atigeo] |
| Subject: | Call |

Can you call me when you have a chance  Dennis 760.799.5908

Confidential

PLTF024381

Sandoval Dec. Ex. 1, page 5 of 7

| | |
|---|---|
| Message | |
| **From**: | Dennis [Dennis@ncoder.net] |
| **Sent**: | 3/1/2012 9:31:22 AM |
| **To**: | Michael Sandoval [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.sandoval_atigeo] |
| **Subject**: | Time |

Give me a time, and I will call you, if you have time.

Confidential

PLTF024435

Sandoval Dec. Ex. 1, page 6 of 7

Message

| | |
|---|---|
| From: | Dennis [Dennis@ncoder.net] |
| Sent: | 6/1/2012 3:27:32 PM |
| To: | Michael Sandoval [/O=OEXCH015/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.sandoval_atigeo] |
| Subject: | FLYNN |

I hope you deal with what is coming than I did.

I wish the best for you and your family.